IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN FENICO, THOMAS YOUNG, THOMAS GACK, EDWARD McCAMMITT, TANYA GRANDIZO, ANTHONY ANZIDEO, ANTHONY ACQUAVIVA, KRISTINE AMATO, and JOSEPH PRZEPIORKA, <br><br>*Plaintiffs*, <br><br>-vs- <br><br>CITY OF PHILADELPHIA, <br><br>*Defendant*. | Case No.: 20-cv-3336(PBT) <br><br> JURY DEMAND |

**PRAECIPE TO SUPPLEMENT / ATTACH APPENDIX
TO PLAINTIFFS' COMPLAINT**

**TO THE CLERK:**

Kindly supplement / attach the Appendix herein to Plaintiffs' Complaint.

　　　　　　　　　　　　　　　　　　*/s/ Jonathan J. Sobel*
　　　　　　　　　　　　　　　　　　Jonathan J. Sobel
　　　　　　　　　　　　　　　　　　Law Offices of Jonathan J. Sobel
　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 2000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　Tel. (215) 735-7535
　　　　　　　　　　　　　　　　　　Fax: (215) 269-2540
　　　　　　　　　　　　　　　　　　Email: mate89@aol.com

　　　　　　　　　　　　　　　　　　*Counsel for the Plaintiffs*

Date:  July 22, 2020