IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTIAN FENICO, et al. | : | |
|---|---|---|
| Plaintiff, | : | Civil Action |
| vs. | : | |
| CITY OF PHILADELPHIA, | : | No. 20-3336 |
| Defendant. | : | |

## ENTRY OF APPEARANCE

To the Clerk of Courts:

Kindly enter my appearance in the above-captioned matter as counsel for Defendant City of Philadelphia.

    Respectfully submitted,

    CITY OF PHILADELPHIA LAW DEPARTMENT

    MARCEL PRATT, City Solicitor
    DIANA CORTES, Chair, Litigation Group
    NICOLE S. MORRIS, Chief Deputy City Solicitor

    /s/ *Frank E. Wehr II*
    FRANK E. WEHR II
    Pa. Attorney ID No. 318464
    Assistant City Solicitor
    Labor and Employment Unit
    1515 Arch Street, 16th Floor
    Philadelphia, PA 19102
Dated: August 14, 2020    (215) 683-5183

2

**CERTIFICATE OF SERVICE**

      I, FRANK E. WEHR II, ESQUIRE, hereby certify that I caused a true and correct copy of an Entry of Appearance for Defendant City of Philadelphia in the above-captioned matter, to be filed and served electronically via the Court's ECF system.

DATE: August 14, 2020        BY:   */s/ Frank E. Wehr II*
                                                           Frank E. Wehr II
                                                           Assistant City Solicitor