**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY ANZIDEO, et al.** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civil Action No. 20-3336-KSM** |
| **CITY OF PHILADELPHIA** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this ____day of ______________, 2020, upon consideration of Defendant's unopposed Motion for Leave to File Memoranda of Law in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** and Defendant may file its response to Plaintiffs' Amended Complaint in excess of the applicable page limit.

______________________________
The Honorable Petrese B. Tucker

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY ANZIDEO, et al.** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civil Action No. 20-3336-KSM** |
| **CITY OF PHILADELPHIA** | : | |
| **Defendant.** | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDA OF LAW IN EXCESS OF PAGE LIMIT**

Defendant City of Philadelphia asks this Court for permission to file memoranda of law in excess of the applicable page limit and, in support of same, state the following:

1. On October 7, 2020, Plaintiffs filed an Amended Complaint. (Doc. No. 12). Plaintiff added three (3) new Plaintiffs bringing the total count to twelve in all. Each Plaintiff posted numerous inflammatory, bigoted and/or disruptive Facebook posts that were attached as an Appendix to the Complaint. The Appendix displaying all of the posts is 232 pages long. (Doc. No. 14 – See appendix).

2. The Policies and Procedures of Judge Tucker provide for a 25-page limit for all memoranda of law in support of motions and responses, and to exceed that limit, a Party must obtain leave of Court. *See* Policies & Procedures at 4, *available at* https://www.paed.uscourts.gov/documents/procedures/tucpol.pdf

3. Defendant respectfully requests leave to file its Response in excess of the applicable page limit. Defendant anticipates filing its memoranda of law, which includes

pictures of the actual posts, similar to the length of Plaintiffs' Amended Complaint, not to exceed 70 pages in all.

4. Defendant respectfully submits that this request is necessary in order for Defendant to separately respond to the extensive factual and legal arguments raised in Plaintiffs' Amended Complaint and about a matter that raises issues of significant public interest and public importance.

5. Counsel for Plaintiff has confirmed that Plaintiff does not object to this request.

Respectfully submitted,

**CITY OF PHILADELPHIA**
**LAW DEPARTMENT**

/s/ Brian Matthew Rhodes
BRIAN MATTHEW RHODES
Senior Attorney

Dated: October 23, 2020

APPROVED: ____________________

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY ANZIDEO, et al.** <br> **Plaintiffs,** <br> **v.** <br> **CITY OF PHILADELPHIA** <br> **Defendant.** | : | **Civil Action No. 20-3336-KSM** |

**CERTIFICATION OF COUNSEL**

Counsel for Defendant certify under Local Rule 7.1(b) that the accompanying Motion for Leave to File Memoranda of Law in Excess of Page Limit is uncontested by counsel for Plaintiff.

Respectfully submitted,

**CITY OF PHILADELPHIA**
**LAW DEPARTMENT**

/s/ Brian Matthew Rhodes .
BRIAN MATTHEW RHODES
Assistant City Solicitor

Dated: October 23, 2020

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY ANZIDEO, et al.** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civil Action No. 20-3336-KSM** |
| **CITY OF PHILADELPHIA** | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below the foregoing Motion for Leave to File Memoranda of Law in Excess of Page Limit was filed electronically and made available for download and viewing.

Respectfully submitted,

**CITY OF PHILADELPHIA LAW DEPARTMENT**

/s/ Brian Matthew Rhodes
BRIAN MATTHEW RHODES
Assistant City Solicitor

Dated: October 23, 2020