# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN FENICO,** *et al.*, | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| v. | : | **NO. 20-3336** |
| **CITY OF PHILADELPHIA,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 26th day of January 2022, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 18), Plaintiffs' Response in Opposition (ECF No. 24), and Defendant's Reply Brief (ECF No. 26), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's Motion (ECF No. 18) is **GRANTED**;
2. Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**; and
3. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**