## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN FENICO, et al.,** | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | **No. 20-3336** |
| *Defendant* | : | |

_____

| | | |
|---|---|---|
| **MICHAEL MELVIN, et al.,** | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | **No. 21-3209** |
| *Defendants* | : | |

## O R D E R

     **AND NOW**, this 14th day of May, 2024, upon consideration of the City of Philadelphia's Motion for Protective Order Forbidding Deposition of Former Mayor James Kenney (No. 20-3336, Doc. No. 49) (No. 21-3209, Doc. No. 52), the telephone conference held by Hon. Karen Spencer Marston on behalf of the Hon. Gene E. K. Pratter, on May 3, 2024, and *Fenico* Plaintiffs' Response (No. 20-3336, Doc. No. 54) withdrawing their Notice of Deposition for James Kenney at this time, it is hereby **ORDERED** that the Motion (No. 20-3336, Doc. No. 49) (No. 21-3209, Doc. No. 52) is **DENIED AS MOOT without prejudice.**

**IT IS SO ORDERED.**


                                 **BY THE COURT:**


                                  */s/ Karen Spencer Marston for*
                                  **GENE E.K. PRATTER**
                                  **UNITED STATES DISTRICT JUDGE**