IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FENICO et al v. CITY OF PHILADELPHIA** | CIVIL ACTION<br><br>NO. 20-cv-03336 |
| **MELVIN et al v. CITY OF PHILADLEPHIA et al** | NO: 21-cv-03209 |

# O R D E R

**AND NOW**, this 21st day of **MAY, 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Late Honorable Gene E.K. Pratter to the calendar of the Honorable Wendy Beetlesone for further proceedings.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

/s/George Wylesol
GEORGE WYLESOL
Clerk of Court