IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN FENICO, THOMAS YOUNG, THOMAS GACK, EDWARD MCCAMMITT, TANYA GRANDIZO, ANTHONY ANZIDEO, ANTHONY ACQUAVIVA, KRISTINE AMATO, JOSEPH PRZEPIORKA, WILLIAM BOWDREN, RAPHAEL MCGOUGH AND FRANCIS T. SHERIDAN<br>        **Plaintiffs,**<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>        **Defendant.** | CIVIL ACTION<br><br><br>NO. 20CV3336 |

**O R D E R**

**AND NOW**, this 22nd day of May, 2024, **IT IS HEREBY ORDERED** that this matter is listed for a **TRIAL DATE CERTAIN** on **MONDAY, NOVEMBER 4, 2024, AT 9:00 A.M.** before the Honorable Wendy Beetlestone in Courtroom 10A.

                                                **BY THE COURT:**

                                                /s/Wendy Beetlestone, J.

                                                **WENDY BEETLESTONE, J.**