PHL_00008335



**Bob Bannan** shared a photo.

April 11, 2015 · 🌐

I won't use the word mother, but this monster should be shot.



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008335



**HOME**   **ABOUT**   DATABASE   **DONATE**

**6abc Action News**
April 11, 2015 · 🌐

👍 Like Page

UPDATE: A young quadriplegic man, who also has cerebral palsy, was found alive in the woods of Cobbs Creek - with only a blanket and a Bible. Police say the victim's mother laid him on the ground and abandoned him to go visit her boyfriend in Maryland.

Police say the victim had been there for days: http://6abc.cm/1yfSCES

👍 9                                                                    4 Comments

↗ Share

In the END so called philly Justice will do NOTHING
3y

Agreed!!!!
3y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008337



PHL_00008337

PHL_00008267

## HOME　　ABOUT　　DATABASE　　DONATE



**Bob Bannan**

March 25, 2015 · Philadelphia, PA · 🌐



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008267

PHL_00008268



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008268

Case 2:20-cv-03336-WB  Document 60-4  Filed 06/12/24  Page 6 of 16



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008325



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008325

Case 2:20-cv-03326-WB   Document 60-4   Filed 08/12/24   Page 8 of 16



JA-894

PHL_00008248



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008248



PHL_00008250



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008250



**HOME**  **ABOUT**  **DATABASE**  **DONATE**

2y



**Bob Bannan** shared a photo.
December 16, 2015 · 🌐



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008252



**The Tasteless Gentlemen** is with ▆▆▆▆▆ and 13 others.
December 16, 2015 · ⚙

A perfect world

Best of Dec: goo.gl/xNYiGY

👍 9

↗ Share

Confidential

PHL_00008270



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT

PHL_00008270



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Bob%20Bannan
Capture timestamp (UTC): Sat, 08 Jun 2019 15:39:51 GMT