## Internal Investigation
### I.A.D. #19-1077.151

Sgt. Brian Saba #8791

REVIEWED AND APPROVED BY:

C.O., I.A.D: *[signature]*

DATE: 06-17-19

C/I O.P.R.: *[signature]*

DATE: 17 JUNE 19

IAD 001

PHL_00001022

## INDEX

**A. MEMORANDUM TO THE POLICE COMMISSIONER**

**B. COMPLAINT AGAINST POLICE FORMS**

White Paper                          IAD#19-1077

**C. INTERVIEWS**

P/O Daniel Farrelly #9448, Payroll  ████  9th District

**D. DOCUMENTS**

Facebook post and comments              37 Pages
Gun Reclamation Form
Removed from Street Duty Notification

1

IAD 002

# MEMORANDUM

**POLICE**
**CITY OF PHILADELPHIA**
**DATE: 6-17-19**

**TO**          : Police Commissioner

**FROM**       : Commanding Officer, Internal Affairs Division

**SUBJECT**    : <u>INTERNAL INVESTIGATION– IAD CASE # 19-1077.151</u>

## ALLEGATION

On Tuesday, 6-4-19, a confidential Internal Investigation was created as a result of information reported on www.theplainviewproject.org and www.injusticewatch.org websites, in reference to social media posts made by current and former members of the Philadelphia Police Department. IAD #19-1077.151 was issued.

**A check of the department database indicated that P/O Daniel Farrelly #9448, Payroll ▮▮▮ 9ᵗʰ District, was appointed to the Philadelphia Police Department on 12-16-02, and assigned to the 9ᵗʰ District on 3-28-14.**

On 6-10-19, Sergeant Brian Saba #8791, Internal Affairs Division, was assigned to this investigation.

## INVESTIGATIVE ANALYSIS

Upon review of the posts and/or comments provided in the Plain View Project database, it was alleged that P/O Daniel Farrelly was using a Facebook account with the user name of "Daniel Mike." The Facebook account with the user name "Daniel Mike" contained twenty five (25) total posts and/or comments that were contained on the website.

**P/O Daniel Farrelly #9448, Payroll ▮▮▮ 9ᵗʰ District, 1-A,** was interviewed at Internal Affairs Headquarters on 6-11-19 and related the following:

P/O Farrelly was shown and reviewed thirty seven (37) pages containing twenty five (25) posts and/or comments under Facebook user name "Daniel Mike." P/O Farrelly stated that the Facebook account with user name "Daniel Mike" was his account. P/O Farrelly added that he did make all of the twenty five (25) posts and/or comments that he reviewed.

P/O Farrelly stated that he does not believe that he made any of the posts or comments while on-duty, but does not recall for certain. P/O Farrelly added that he has never seen a post or comment attributed to him that he did not make.

P/O Farrelly stated that he does not have any other social media accounts. P/O Farrelly added that he did change his Facebook user name from "Daniel Mike" to "Dan Falala" on either Friday 6/7/19 or Saturday 6/8/19.

**IAD 003**

PHL_00001024

Some of the Facebook posts/comments made by P/O Farrelly violated the Philadelphia Police Department's Social Media Policy in that they contained posts/comments that expressed discriminating or harassing behavior based on race, color, gender, religion, national origin, age, ancestry, sexual orientation, disability, or gender identity, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice.

The Facebook posts/comments that were contained in the Plain View Project database that were attributed to P/O Farrelly are included in the documents section of this report.

**SUBMITTED BY:**

**Brian Saba**
**Sergeant          #8791**
**Internal Affairs Division**

**REVIEWED AND APPROVED BY:**

**Daniel Angelucci**
**Captain          #4**
**Internal Affairs Division**

2

IAD 004

PHL_00001025

## CONCLUSION

During the course of the investigation it was determined that a **Departmental Violation: PPD Directives Violations-PPD 6.10: Social Media and Networking** was <u>**SUSTAINED**</u> against **P/O Daniel Farrelly #9448, Payroll** ████

P/O Daniel Farrelly stated that the Facebook account listed under "Daniel Mike", is his Facebook account. P/O Farrelly added that he did make the twenty five (25) posts/comments that were found in the Plain View Project database, but he did not believe he was on duty when he made the posts.

Philadelphia Police Department Directive 6.10 states, "It is the policy of the Philadelphia Police Department that all existing laws, rules, regulations, and directives that govern on- and off-duty conduct are applicable to conduct associated with social media and networking." It further states, "Employees are prohibited from using ethnic slurs, profanity, personal insults; material that is harassing, defamatory, fraudulent, or discriminatory, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice."

A copy of this investigation will be forwarded to the Commanding Officer, Police Board of Inquiry, for action.

**Deborah R. Francis**
**Staff Inspector**
**Internal Affairs Division**

IAD 005

PHL_00001026

**Internal Investigation**

I.A.D. #19-1077
DATE PREPARED 6-4-19

Confidential Investigation as a result of information reported on www.plainviewproject.org and www.injusticewatch.org websites, in reference to social media posts made by current and former members of the Philadelphia Police Department.

Commanding Officer
Internal Affairs Division

To _____

JUN 10 2019

☐ Action and Reply
☐ Action and Report
☐ Action No Report
☐ Information & File
Suspense Date 10-8-19

**IAD 006**

PHL_00001027

**STATEMENT OF:**    P/O Daniel Farrelly #9448, PR ▮
                     9ᵗʰ District, 1A
                     Appointment date: 12/16/02, Assignment date: 03/03/14

**DATE AND TIME:**   6-11-2019 4:00 PM

**PLACE:**           7790 Dungan Road, Internal Affairs Headquarters

**CONCERNING:**      IAD #19-1077.151

**IN PRESENCE OF:**  Nick Pinto

**INTERVIEWED BY:**  Sgt. Brian Saba #8791, IAD

**RECORDED BY:**     Sgt. Brian Saba #8791, IAD


Q. Are you represented by an attorney or the FOP?
A. Yes.

Q. Did you have at least 72 hours notice of this interview so that you had the opportunity
to contact an FOP representative or attorney?
A. Yes.

Q. Do you wish to be represented at this time?
A. I am.

You are reminded that failure to cooperate in a departmental administrative investigation
is punishable by 10 days suspension to dismissal under article 1-008-10 of the
Disciplinary Code

You are also reminded that lying or attempting to deceive regarding a material fact during
the course of any Departmental investigation is punishable by dismissal under Article 1-
009-10 of the Disciplinary Code.

Q. Do you understand this?
A. Yes.

Q. Are you willing to cooperate?
A. Yes.

Officer Farrelly, I am Sgt. Saba and I will be taking your statement directly onto the
computer. I am interviewing you concerning an Internal Investigation in reference to the
Plain View Project report on Social Media use by police personnel. Your name and
several posts and/or comments were amongst those published on the website.


P/O Daniel Farrelly #9448, Payroll ▮

**IAD 007**

PHL_00001028

Q. Please state your rank, full name, badge, payroll, and assignment?
A. P/O Daniel Farrelly #9448, Payroll # ████ 9th District.

Officer Farrelly, I am showing you a packet containing 37 pages which are comprised of 25 Facebook posts and/or comments made by Facebook Account user name, "Daniel Mike". Please take a few minutes and review each of these documents. Upon reviewing, please initial the bottom right corner of each page.

Q. Officer Farrelly, did you have enough time to review and initial these documents?
A. Yes.

Q. Did you review each and every post or comment contained in these pages?
A. Yes.

Q. Officer Farrelly, is this your Facebook account with the screen name "Daniel Mike"?
A. Yes.

Q. Officer Farrelly, did you make these posts and comments?
A. Yes I did.

Q. Officer Farrelly, did you make these post and comments while on-duty?
A. I don't believe so but I don't recall.

Q. Do you have any other social media accounts?
A. No, but I have changed my screenname to "Dan Falala" on either Friday 6/7/19 or Saturday 6/8/19.

Q. Have you ever noticed a social media post and/or comment attributed to you or your account that you did not make?
A. No.

Q. Do you have anything else to add to this interview?
A. No.


STATEMENT CONCLUDED:  6-11-2019 4:08 PM

I HAVE READ THE FOREGOING STATEMENT CONSISTING OF (2) PAGES AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

NAME (print): _Daniel Farrelly_
SIGNATURE: _____
UNIT: _9th_
DATE & TIME: _6-11-19_  _4:13pm_
WITNESSES: _____


P/O Daniel Farrelly #9448, Payroll ████

**IAD 008**

PHL_00001029

6/5/2019

e3315d116b0f9f95cf45556678ec3bb36ade5755.png (500×1340)

**Daniel Mike** shared a video.
February 17, 2014 · 

Here is what you created , bleeding heart liberals !!! Police should be sweeping in here and administering swift punishment ! But it's a criminals world now , and most don't fear the law anymore ! God help this country !



LiveLeak

KRON 4

MORE LOCAL NEWS    BUSINESS    YELLEN REBUFFS FED CRITICS AND PLEASES INVESTORS    HOUSE
NORTH BAY    FAIRFIELD  64/42    NAPA  62/40    SAN RAFAEL  63/45

**Luimarco Daily**
February 13, 2014 · ⊙ · 🌐                                    👍 Like Page

Oakland Nightly !

👍 11                                                         10 Comments

↪ Share

Bunch of idiots that need to be destroyed
4y                                                          👍 2

Daniel Mike In philly , 20 cars would be called to that corner and most of those idiots would have been sent to the hospital for an extended stay !
4y                                                          👍 5

They have no respect at all
4y                                                          👍 1

Cops are out numbered ....you send in the fucking military... Some places in Oakland or a fucking war zone
4y                                                          👍 1

I would sit on a roof top and just pop them off one by one lol
4y                                                          👍 1

Fight fire with fire!! Eventually the police will be

IAD 009

https://storage.googleapis.com/resiosa/e3315d116b0f9f95cf45556678ec3bb36ade5755.png

PHL_00001030

6/5/2019                          e3315d116b0l9f95cf45556678ec3bb36ade5755.png (500×1340)

ba●n charge of the streets. If the cops keep●mping the
animals off, they may get suspended or fired, but they can only
fire so many officers or suspend them.

4y

Daniel Mike You need to teach these assholes a lesson on who
runs the streets like the not so old days ! Liberal judges don't
punish anyone enough , and people who don't live in
neighborhoods like this cry foul when cops are a little rough with
these thugs ,But scream for justice when they are the victim !
Rizzo would never let this happen to his cops , or city !

4y                                                          👍 5

████████████  It honestly just needs to be bombed .. Get it over
with and kill them all and start over !

4y

████████████  ANIMALS..... This country is doomed.

4y

IAD 010

PHL_00001031

JA-1103

6/5/2019

017a7e80ac9985da53f5c32fbd71b20a408fea1d.png (518×1570)

Anthony Pfettscher shared Civilians AGAINST Cop Block's video.
April 13, 2016 · 



3,179,673 Views

**Civilians AGAINST Cop Block** added a new video.
April 12, 2016 · ☀

👍 Like Page

I'm so mad right now I'm shaking 😡😡
This video was taken at the James A. Cayce projects in East Nashville today. Metro-Nashville Officer Matthew Cammarn (who w...
See More

↪ Share

👍🙂 4

Filthy hood rat animals. We would have gone back with a full platoon.
1y

👍 1

They should just fence the projects off and let them kill each other.. Problem solved.. Don't dial 911 when you hav a problem, animals...
1y

👍 5

NF  ③

IAD 011

PHL_00001032

017a7e80ac9985da53f5c32fbd71b20a408fea1d.png (518×1570)

They are animals!!!! No class no brains

1y

I can't even watch this, waste of life. 2

1y

These people are fucking idiots. The idiot filming is like I got this shit on tape. Yeah showing the other person trying to help to bad person. They all should get arrested. And I totally agree with you _____. Grow up people. 2

1y

Excuse my language. 😆 1

1y

Daniel Mike #1 . Why is he in the projects ? #2 why is he in the projects by himself #3 why is fighting with this creeten in the projects by himself ??? Hopefully , the whole district was in those projects for a month after this and some harsh lessons were levied ?? 2

1y

complete animals! 1

1y

Freakin Liberal voting animals. Ship their jobless butts to the Middle East to fight ISIS!! 1

1y

Disgraceful 1

1y

**IAD 012**

**PHL_00001033**

6/5/2019                             0c13bfc6d158f8bf35da9fddff34155423f0c779.png (517×1900)

**Daniel Mike** shared ▮▮▮▮▮▮▮▮▮▮▮▮'s video
June 8, 2016 · 

Can't win !!! The same people who are screaming shoot him would be the same one protesting if they did !! Smh !!!



▮▮▮▮▮▮▮▮▮▮  added a new video.
June 8, 2016 · 

Ppl saying shoot him, but if they would have discharged their weapons ppl would be complaining about why did they have to shoot him..

They just did what they r trained to do

Dyckman around LA marina.

↪ Share

⬤😆 12

⬤  ▮▮▮▮▮▮▮▮  So shooting the tires is not a option
1y

🙂 Daniel Mike No ! ⬤ 2
1y

▮▮▮▮▮▮▮

https://storage.googleapis.com/resipsa/0c13bfc6d158f8bf35da9fddff34155423f0c779.png

IAD 013

PHL_00001034

6/5/2019                                    0c13bfc6d158f8bf35da9fddff34155423f0c779.png (517×1900)



1y

Love the shoot the tires comment. Response was epic "that's only in movies"

1y

**Rich Seamen** Bruhhhhhh. Shoot him. . Shoot him. He put himself in danger by walking in the st. Shoot the tire... lmao. MOVIES... love it.

1y

Throw a flash bang in the car.

1y

**Daniel Mike** Yeah , then after bang , he gets out of the car with a gun , and I'll shoot the gun out of his hands , then chase him up to the top of a tall building , tackle him through the window , then fall 10 stories and land on my feet ! When it's all over I'll use some corny line like " not today scumbag " or " you're the disease , I'm the cure " !

1y

I wasn't serious. Lol.

1y

**Daniel Mike** ▮▮▮▮▮ I know

1y

Shooting a tire is only going to slowly deflate the tire, and possible ricochet to others. Shoot to kill!!!!

Plus 9mm's are not all that powerful. I think all police should carry .40 or .45 cal.

1y

**Rich Seamen** Shoot the radiator. .. now that will slow it down quick lol .

1y

Put a potato in the tail pipe.

1y

Put a potato in his ass

1y

Shoot the tires!!!! What a fucking IDIOT!!!

1y

DF

**IAD 014**

**PHL_00001035**

**JA-1107**

6/5/2019                    0bdcba45cbb41920262fe632ca928af97337592e.png (517×902)



Daniel Mike shared Mediatakeout's video.
February 17, 2016 · 🌐

And people think American cops are tough ????

This video may show violent or graphic content.

👁 Uncover Video

2,793,185 Views

Mediatakeout added a new video: THIS Is What They Do To DRUG Dealers In UKRAINE!!
February 17, 2016 · ☀              👍 Like Page

Ukranian Rebels Capture A DRUG DEALER . . . And Instead Of Taking Him To PRISON . . . They WHIPPED HIM LIKE A SLAVE!!! (Wow . . . They Don't PLAY Over There)

↗ Share

👍 4

Vince Cione Think he'll deal drugs again ?
2y

Daniel Mike I think they killed him after , so no !  👍 1
2y

"Say no to drugs" Was and still is great advice.
2y

Dude this is viscous
2y

Ian Hans Lichterman "Please be humans" - Guy taped up and whipped!
2y

**IAD 015**

PHL_00001036

**JA-1108**

bb615f4410194eb34f285b0eb847308c67cf62bc.png (518×762)



IAD 016

PHL_00001037

JA-1109

6/5/2019                                                5bc404efd33472ebe65cf3ac879a3e6f2b14c5f8.png (518×808)



4,920,016 Views

One of the best social guidance films from the 50s.

2

Too funny
2y

IAD 017

https://storage.googleapis.com/resipsa/5bc404efd33472ebe65cf3ac879a3e6f2b14c5f8.png

PHL_00001038



IAD 018

PHL_00001039

6/5/2019                           17a1468a3265ca0c83c9f10b888abac8bc5ab366.png (500×1362)

█████████ ill do it! which jail is she in?!
5y

Rachael Catalini What a fucking animal!
5y                                                          🖤 1

Daniel Mike What does she care ? Her and her animal sister will
have 4 more that the taxpayers will pay for !!
5y                                                          🖤 2

████████████ I had to rewind her talking 3 times bc I wanted
to make sure I heard her correctly 😩 I have no words for her!!!
So sad 😩
5y

████████ Dan, I am in complete agreement with you on this.
only thing is it happened in 2009 . haha
5y

https://storage.googleapis.com/resipsa/17a1468a3265ca0c83c9f10b888abac8bc5ab366.png

DF                                                          ⑪

**IAD 019**

2/2

**PHL_00001040**

 **Daniel Mike** shared Brigitte Gabriel's video
March 26, 2016 · 🌐                                          ···

Let them in !!!! They are peaceful people !



901,331 Views

**Brigitte Gabriel** added a new video: The Islamic State's Promise To The West.
December 22, 2015 · 🌐                          👍 **Like Page**

Why aren't we hearing these words from our enemies in the mainstream media?

As I learned while living in a bomb shelter for my teenage years: Take serious those...
See More

↪ **Share**

👍 3

 **Michael Anthony** Very friendly. I think we could sit down and talk
with them and not resort to violence to resolve this issue.......
(SAID NO REAL AMERICAN!!!!!!) Bring that shit and fight like real
men not blowing yourselves up like cowards. Hopefully Trump
handles this fucking shit correctly!
👍 1

2y

**IAD 020**

**PHL_00001041**

6/5/2019                    220d2b10c5238ec315c4148a297bff2745f07d51.png (518×1224)

**Daniel Mike** shared WLBT 3 On Your Side's video.
April 8, 2016 ·

To all the Bernie and Hillary supporters who agree with those two morons that
the Police are the enemy ! These are the type of animals preying on your loved
ones ! Careful what you wish for !



1,294,181 Views

**WLBT 3 On Your Side** added a new video.
April 7, 2015 ·                                          👍 **Like Page**

EXCLUSIVE VIDEO: This video of some Jackson kids playing with guns was posted on
Instagram and has community members on edge - they say it's a "disgrace to the ...
See More

↪ Share

👍😮 5

**Daniel Leone** Save your breath. Quality of living in the U.S. Is
doomed                                                          👍 1
1y

████████ No more Stop and Frisk.
1y

████████ These chumps need to be locked up. Anyone who votes
for those two clowns has no brain
1y

████████ Exactly

IAD 021

https://storage.googleapis.com/resina/220d2b10c5238ec315c4148a297bff2745f07d51.png

PHL_00001042

6/5/2019                    220d2b10c5238ec315c4148a297bff2745f07d51.png (518×1224)



1y

I swear somebody should stand on a rooftop with a rifle and pluck off m************ like that

1y

I'm sure they're licensed, legalized gun owners going to the range for target practice. Let's not jump to hysterical conclusions. lol

1y

Lol

1y

IAD 022

PHL_00001043

6/5/2019

1cef0a2c11c85928e6a760f5c121d32893782f5.png (518×895)

**Daniel Mike** shared Survive the Streets: A Page for Cops's video.
December 26, 2015 · 🌐

Beautiful !!

# No one cares about your stupid protest



677,756 Views

**Survive the Streets: A Page for Cops** added a new video.
December 25, 2015 · 🌞

Well, that traffic disruption protest didn't pan out.

👍 Like Page

↪ Share

👍 20

That's great 👍 1
2y

Look like a strike to me!!!! Lmao 👍 1
2y

**IAD 023**

https://storage.googleapis.com/resinsa/1cef0a2c11c85928e6a760f5c121d32893782f5.png

**PHL_00001044**

6/5/2019                                    ca2ce8f1e19df285414af487463ffed6a4e27c59.png (517×1035)



**Daniel Mike** is with ██████ and 2 others.
August 8, 2015

I always have time for my fans ! Mike Gerico and Alex Holly from Good day
Philadelphia wanted their pictures taken with me !

↪ Share

👍 228

2 Shares

View 29 more comments

████████ Luv u Man! 👍👍😊👏👏 👍 1
2y

████████ Where they at Vango?
2y

**Daniel Mike** Chris Joseph She dat chicken head from aroun da way .
She Lil Ants baby mom . She not from Da block doe , she went ta
Crenshaw !
2y

**IAD 024**

**Chris Joseph** Oh Dat freak iawn. I hollard at Dat shortda for a

https://storage.googleapis.com/resipsa/ca2ce8f1e19df285414af487463ffed6a4e27c59.png

PHL_00001045

ca2ce8f1e19df285414af487463ffed6a4e27c59.png (517×1035)

mini

2y

IAD 025

PHL_00001046

b3bb266e11a69829cd8e63a29e87dea31ffc5023.png (518×803)



https://storage.googleapis.com/resipsa/b3bb266e11a69829cd8e63a29e87dea31ffc5023.png

IAD 026

PHL_00001047

6/5/2019                                    d92a210d85162a6f61613d5fd8c0ea0175951476.png (518×1605)

Daniel Mike shared azcentral's video.
March 19, 2016 · 

Trump , trump , trump !!! I can't wait until someone has had enough , and just
plows through these idiots !



6,880,208 Views

**azcentral** added a new video: Car driven through group of Trump protesters.
March 19, 2016 · 🌐                                    👍 **Like Page**

Watch a vehicle get driven through a group of people protesting Donald Trump's Fountain
Hills rally. You can clearly see a Maricopa County Sheriff's Deputy shrug.
http://azc.cc/1RaKmdf

↪ **Share**

👍 19

Jumping on someone's car is peaceful? 👍 1
2y

Liberal fucks 👍 2
2y

I love the girl in the background yelling "that's
attempted murder". If that was me driving my tire would've been in
her mouth!!!! IDIOTS
👍 1
2y

Liberal PRICKS! !!! 👍 1
2y

But it's all Trumps fault. These fucking low life
liberal scumbags. That whore who yelled attempted murder needs
a fat Italian sausage shoved in her mouth
👍 2
2y

IAD 027

https://storage.googleapis.com/resinsa/d92a210d85162a6f61613d5fd8c0ea0175951476.png

PHL_00001048

6/5/2019

d92a210d85162a6f61613d5fd8c0ea0175954f76.png (518×1605)

With lots of Marinara Lmfao

2y

That'll teach them leftist Vegans. Lol  1

2y

I'll make sure she chokes on it

2y

Lmfao the half Irish Italian murd cock?

2y

Half of it will choke that vegan liberal whore.
I'll turn that bitch into a trump supporter when I'm done with her  1

2y

Lmfao

2y



2y

IAD 028

PHL_00001049

6/5/2019                                b86075e53b568bb42c1a8cdcd8a7fa0f32d31a34.png (518×806)

**Daniel Mike** shared The TRUTH's video.
March 30, 2016 · ⚙

Let theme in !!!! This could be your your mom, sister or daughter next !!!

This video may show violent or graphic content.

👁 Uncover Video

1,588,067 Views

**The TRUTH** added a new video: Muslim torturing women in the name of their god...!
Allahuakbar..
December 3, 2015 · ⚙                                           👍 Like Page

Muslim torturing women in the name of #their god...! Allahuakbar..

↪ **Share**

💬👍 5

▮▮▮▮▮ Kill these motherfuckers!!!!
1y

▮▮▮▮▮ Fuckin animals
1y

Steve Bas Peaceful huh
1y

▮▮▮▮▮ These People Are Savages!!
1y

IAD 029

PHL_00001050

6/5/2019                          8d7f09b35704aa27005f4b6328bdade25b288d6b.png (517×1175)



**Daniel Mike** shared Que Viva España's video
December 1, 2015 · ❄

2,425,246 Views

**Que Viva España** added a new video: Refugiados rechazan comida porque lleva la cruz de la Cruz Roja.
September 22, 2015 · ❄                                    👍 **Like Page**

Refugees reject food because it carries the cross of the red cross. If they do not want to adapt, let them go back to their countries.

STOP ISLAM

Share if you are outraged that they want to impose their beliefs.
⚙ See original · Rate this translation

↪ **Share**

👍 6

**Michael Anthony** Maybe we should put big red Fucking crosses on our welfare cards too! Animals not welcome          👍 3
2y

**Daniel Mike** trump will erect cross fences ! 👍 2
2y

**Michael Anthony** Fuck these terrorist. They absolutely ravaged Greece          👍 3
2y

**Chris Joseph** Good, let them starve to death. I hate every last one of them.          👍 1
2y · Edited

�altr          Soon there will be a shortage on red spray paint and wooden stakes.

IAD 030

https://storage.googleapis.com/resipsa/8d7f09b35704aa27005f4b6328bdade25b288d6b.png

PHL_00001051

6/5/2019                                    8d7f09b35704aa27005f4b6328bdade25b2b16b.png (517×1175)

Can't say we didn't try.

2y

**Brian McBride** Fuckem 👍 2

2y

**Yo Stuff** Send these ungrateful fucks back .... Fuck them! 👍

2y

IAD 031

https://storage.googleapis.com/resinsa/8d7f09b35704aa27005f4b6328bdade25b288d6b.png

PHL_00001052

6/5/2019



9ac0bcaf595e252057af3d7a95b290e418a216a5.png (500×2457)

**Daniel Mike**
March 2, 2014 · ⊙

Overbrook ! Remember when you were able to say you lived there proudly ? To the assholes who took over that neighborhood , your an absolute disgrace to the human race !!!! There was practically zero crime there when I was growing up there !

👍 85                                    23 Comments  1 Share

↪ **Share**

No one realizes how nice our neighborhood was! I agree with you Danny.
4y                                        👍 9

So sad 😢 I know the feeling embarrassing today to say that's where you are from because of the way it is now- oh well life goes on!
4y                                        👍 3

Still proud. Just sad to see the world changing:(
4y                                        👍 4

AGREE but There was crime on my block but mostly non violent and no where near as bad as it is now

👍 2
4y · Edited

That's not Avondale is it ???
4y                                        👍 5

Yes it is 👍 1
4y · Edited

No truer words!!!! 👍 1
4y

IAD 032

https://storage.googleapis.com/resipsa/9ac0bcaf595e252057af3d7a95b290e418a216a5.png                1/3

PHL_00001053

6/5/2019                                    9ac0bcaf595e252057af3d7a95b290e418a216a5.png (500×2457)

▬▬ me and my friends miss our ●▬dale everyday!!

4y                                                                    👍 1

▬▬ That is the craziest and saddest picture of the old hood. ▬▬.

4y                                                                    👍 4

▬▬ ▬▬ that's just a sad picture. Doesn't look at all like OUR neighborhood

4y                                                                    👍 4

▬▬ I do wish that people did not run away, so many other neighborhoods stayed strong. I would leave west Chester and would live there if it was the same as when I was younger.

4y                                                                    👍 3

▬▬ Truth^^^^^^ funny thing is up the hill house would prob be worth 5 times the amount of money they r today if the neighborhood stayed strong. Yuppies/hipsters love living close to center city with out living in it. Gentrification is at an all time high in the city ▬▬

4y · Edited                                                           👍 1

▬▬ Make me sick when I think of it

4y                                                           😂 2

▬▬ Jay how old is that pic

4y

▬▬ A year old.

4y

▬▬ They should all be euthanized! They always complain they have nothing and it's all their fault! Fucking animals!

4y                                                                    👍 3

▬▬ It sucks we all shoulda stayed instead of competing with the "jones" we would all have more money a few vacation homes and our neighboorhood like south philly just saying

4y                                                                    👍 1

▬▬ When they blew away Tom from loves everyone panicked and sold to who ever when people were getting mugged I told my mom the minute u get touched I'm gonna play eye for eye ! And we moved to pennwyne

4y                                                                    👍 1

▬▬ Here's my house down 49th and Thompson. 4936 was maintained for over 60 years by my grandparents IAD 033

https://storage.googleapis.com/resinsa/9ac0bcaf595e252057af3d7a95b290e418a216a5.png

PHL_00001054

6/5/2019  9ac0bcaf595e252057af3d7a95b290e418a216a5.png (500×2457)

Soon as the animals got it, well here's the fucking end result.
... See More



4y

█████████ I lived this twice. Born in North Philly, a beautiful
neighborhood until 1968. By 1970 it was not safe to go outside,
especially at night. Moved to Overbrook in '70 then in 1988 I saw
a subtle change & by 1990 moved to Broomall & never looked
back.

4y                                                                        👍 1

█████████ "they " destroy everything , i go past my old
house and get sick

4y

IAD 034 

PHL_00001055

**JA-1127**

6/5/2019                     5456c95eb573e06eaaa4f67934b9c946fc147bea.png (51/×516)



**Daniel Mike**
September 10, 2013 · 🌐

Even the reporters in Detroit are ghetto !!

YOUTUBE.COM
This Is Detroit And We Will Come Squat In Your House If You're Not Home: They Are Stealing Houses

↪ Share

👍 2

https://storage.googleapis.com/resipsa/5456c95eb573e06eaaa4f67934b9c946fc147bea.png

IAD 035

PHL_00001056



**Anthony Pfettscher**
March 16, 2016 ·

I'm cracking up at that American college student that went to North Korea and tried to steal a poster. He is crying and pleading like a little baby girl because he was just sentenced to 15 years hard labor. Although my heart breaks for his family, it's an eye opener to how spoiled and coddled our youth of today are here in this weak PC country. Yet they act like animals and burn and step on our Flag that so many of our children died for defending our rights and our country. #SeeYouIn15Years #WakeUpAmerica #AskWhatYouCanDoForYOURcountry

↪ Share

53

1 Share

> **Sparky Phil** Lucky they didn't cut off his hands!
> 2y

> **Daniel Mike** I loved seeing that story on the news today ! If we here in America doled out half the jail time that they gave that kid , this country would be in good shape !
> 2y

> No Patricia. I know exactly how u feel 😂😂😂😂😂
> 2y

> We were talking about that this morning... WTH... Of all the places to go he goes to North Korea? Get the hell out of here. AHOLE
> 2y

> **D F Pace** Insightful point 👍 1
> 2y

> Yea he's gonna know all the Korean chain gang chants ....funny but dam that's some crazy snit
> 2y

**IAD 036**

PHL_00001057

6/5/2019                                    e0e4122187741f2162ff483c530751fd89ffd821.png (517×1026)

 **Daniel Mike** shared Indian River County Sheriff's Office's video.
December 22, 2015 · 🌐



▶

4,895,628 Views

**Indian River County Sheriff's Office** added a new video                  👍 **Like Page**
December 18, 2015 · 🌐

***WARNING*** Graphic Video Attached

Indian River County Sheriff Deryl Loar released the attached dash cam video to the media
this afternoon. Last night, Deputy...
See More

↪ Share

⬤    The Media will never show this because it
shows the Truth of what officers face everyday, a simple traffic stop
turns into assault and attempted murder. Disgusting, not one
ounce of respect for human life. Best Wishes for a speedy
recovery Deputy Lester and Thank you to all Officers for putting
your life on the line everyday!                                      👍 2

2y

⬤    This makes me sick

2y

⬤    then they wonder y they r treated like they are but
that willl turn out to b a racist cop wat a fukn joke

2y

⬤ **Michael Anthony** That shit is crazy. Your solo on a dark road and
god knows how far back up is. Great job officer. Only wish he'd a    IAD 037

https://storage.googleapis.com/resinsa/e0e4122187741f2162ff483c530751fd89ffd821.png                          1/2

PHL_00001058

6/5/2019

e0e4122187741f2162ff483c530751fd89ffd821.png (517×1026)

killi█████at fucking toad!

2y

IAD 038

PHL_00001059

**JA-1131**

(off)

6/5/2019                                 01d93f2b6a07a01ac124136f66c59b0a060?aef4.png (517×870)



**Daniel Mike**
June 6, 2015 · ·

Same problem in philly !

MYFOXDC.COM
Videos show illegal dirt bike riders taunting DC police
D.C. police are continuing their investigation into the death of local reporter C...

↪ Share

👍 3

**Jimmy Arentzen** Kick my car I'm getting you fuck that.....
Homicide investigation...chase em all
2y                                                                      👍 1

▓▓▓▓▓ Arrest them all, they give true off road enthusiast like
me a bad name.
2y

**Robert Smith** Blame the police as usual. Nobody wants to talk about
how the police don't chase them because of the safety of OTHERS.
2y

▓▓▓▓▓ These scumbags are a offshoot from the Baltimore
gang 12 o'clock boys... the Baltimore police are not allowed to chase
them and they are animals causing property damage and committing
crimes on their non registered bikes.. I see these scumbags in SW
philly they have no regard for the law...
2y · Edited

(31)

IAD 039

https://storage.googleapis.com/resipsa/01d93f2b6a07a01ac124136f66c59b0a060?aef4.png

PHL_00001060

251f7b6535ec50a9bb30cee8496868e6abb9e6dc.png (517×384)

**Anthony Anzideo**
April 8, 2015 · Philadelphia, PA · 🌐

Boston marathon bomber's guilt verdict being read..So far from what I last saw, the first 16 counts are all guilt..All carry the death penalty...Just send him to see his coward brother already!

↗ **Share**

👍 22

Throw him in general population and hopefully he gets killed by an inmate so he doesnt become a martyr and be killed by the Government. Would be the ultimate insult if a Jewish inmate killed him..
👍 2
2y

**Anthony Anzideo** Good point
2y

IAD 040

PHL_00001061

6/5/2019                    4065d1df3ec9827d35b4f4add962a12bffb1...a.png (518×1326)



**Daniel Mike** shared Exposed's video.
March 16, 2015 ·

Welcome these wonderful people to our country to go to school with your children !

944,333 Views

**Exposed** added a new video.
August 22, 2015 ·                                    👍 **Like Page**

Lost for words

➤ Share

👍😡 8

Disgusting #TeamTrump2016 👍 2
2y

**Michael Anthony** The mothers are very hands on with these children. No honey let's reposition this sheep so you can get a better cut. Is the sheep symbolic for Americans? Go Donald Trump 👍 1
2y

Sooooo far from the light. 👍 1
2y

How is this normal? Or how could this be anything close to Godly behavior or approved? So confused- poor kids
2y

How many people are in that room? Laughing so hard

IAD 041

PHL_00001062



4065d1df3ec9827d35baf4add962a12bffb152da.png (518×1326)

pictures.

2y

F*****G Savages!!!!

2y

Nothing a few of these can't fix

2y

IAD 042

PHL_00001063



PHL_00001064

6/5/2019

22024ad4733e4bc94ba2d134f33c04390a4f5239.png (500×1043)

●Joseph I like the "why is there no epid● or white cops shooting white kids". Ummm

4y

IAD 044

PHL_00001065

5b40ed1949ad5chfd8f72216b5502e0729742805.png (517×343)



**Daniel Mike**
June 10, 2016 · 🌐

## Welcome to Philadelphia! Animals all over the place !

↪ Share

👍😄 8

I'm surprised. Not  1
1y

Black female, had to be a Trump supporter right?  1
1y

IAD 045

1/1

**PHL_00001066**

# NOTICE OF DUTY RESTRICTIONS AND/OR RECLAMATION OF ON-DUTY SERVICE WEAPON

As per the Orders of the Police Commissioner or his designee, you are prohibited from taking police action on or off duty and/or carrying a firearm on or off duty.

These restrictions will remain in effect until further notice.

**Employee Surrendering Firearm** *(Signature)*

**Witness** *(Signature)*  Cpl Vianni 8221

**Commanding Officer** *(Signature)*  Cook?al #13

**Employee Surrendering Firearm** (PRINT Name, Badge# and Payroll)  DANIEL FARRELLY #948

**Effective Date**  6-5-19

**District/Unit**  9th

## Surrendered Firearm Information

City Owned ☐     ECW ☐     Duty Firearm – Privately Owned/Not Surrendered ☐

| | | |
|---|---|---|
| Firearm/Make | Glock | ECW/Make  TAZGL (yellow) |
| Model | 17 | ECW/Model  N/A |
| Serial Number | BHBN310 | ECW/Serial#  N/A |
| Owner | City of Phila | |
| Date | 6-5-19 | |
| Time | 7.45PM | |
| Reason | | |

☒ Chief Inspector/Deputy Commissioner Orders
☐ Suspension
☐ MPO Expired
☐ Demotion
☐ PFA Order
☐ Termination
☐ Internal Affairs Determination
☐ Leave of Absence/Temporary Separation

**Firearms Training Unit** *(signature)* _____

IAD 046

PHL_00001067

# INTERNAL AFFAIRS NOTICE OF
# REMOVAL FROM STREET DUTY

As per the Orders of the Police Commissioner or his designee, you are being removed from street duty due to an on-going Internal Affairs investigation. This restriction will remain in effect until further notice.

☒ If this box is checked, you are also prohibited from taking police action on or off duty and/or carrying a firearm or electronic control weapon on or off duty.*

Effective: 6-5-19   you will be assigned to:   9th DiST

Reason For Removal:   INTERNAL INVESTIGATION

DANIEL FARRELLY                          9448
NAME                                     BADGE #        [redacted] PAYROLL #

Farrelly                                 6-14-19
Employee (Signature)                     Date

Cap Nal #13                              9th.
Commanding Officer (Signature)           District/Unit

Captain   ANGELUCCI   from Internal Affairs notified the above

employee and his/her Commanding Officer of this duty restriction on  6-5-19

IA CASE# _____

*Note: The above employee's Commanding Officer is responsible for reclaiming the officer's service weapons and preparing the NOTICE OF DUTY RESTRICTIONS AND RECLAMATION OF ON-DUTY SERVICE WEAPONS.

IAD 047

PHL_00013996



**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

June 28, 2019

PO Daniel Farrelly
Philadelphia Police Department
750 Race Street
Philadelphia, PA 19106

        Re:    PO Daniel Farrelly       Payroll: 247336
               (DAO Police Misconduct Disclosure Notification Letter)

Dear PO Daniel Farrelly:

The DAO has received *Giglio* information regarding you as reflected in the summary below:

Summary: Publically available information obtained by the Plain View Project shows that PO Farrelly made Facebook posts incing violence and advocating excessive force against protestors and exhibiting racial, religious, and sexuality-based bias.

Pursuant to the law and the DAO's policy regarding police misconduct disclosures, the misconduct will be disclosed to the defense in all cases where you may be called to testify as a witness and said disclosure may also be made if required in closed cases where you were a critical witness.

Also, if required by law, supporting documentation in our possession regarding the misconduct will be disclosed to the defense.

Please note, if you believe our information is incorrect, feel free to communicate to us in writing through counsel.

Thank you for your attention to this matter.

Respectfully,

Patricia Cummings
Assistant District Attorney

Cc: Robin Wimberly, Deputy Commissioner

PHL_00013996

Cert.#7009 1680 0000 5271 8592                 PBI#19-0517        as

## NOTICE OF INTENTION TO DISMISS
(Prepare in Triplicate)

**CITY OF**         *PHILADELPHIA*

Daniel Farrelly

### NOTICE SERVED

UPON (Employee)

**Daniel Farrelly #9448**
**PR**▮

☒ BY MAIL      ☒ PERSONALLY

DATE SERVED  *8-8-19*  *10:30am*
*by Capt Hoover 78*

DEPARTMENT, DIVISION, ETC.
    Police – 9th District

TITLE OF POSITION
    Police Officer

    Effective ten days from service of this notice, it is our intention to dismiss you from your position with the City of Philadelphia as referred to above.  My reasons for intending to take such actions are:

**CONDUCT UNBECOMING, SECTION 1-§021-10** (Any incident, conduct, or course of conduct which indicates that an employee has little or no regard for his/her responsibility as a member of the Police Department.)

Internal Affairs initiated an internal investigation, IAD#19-1077.151, after receiving information alleging that employees of the Philadelphia Police Department were posting offensive and inappropriate materials and/or comments to social media, specifically on the Facebook social media site.

### (CONTINUED)

    If you believe that this intended action is unjustified, you may, under regulations of the Civil Service Commission, within ten days from service of this notice, notify me in writing of your reasons therefore and summarize the facts in support of your belief.  A copy of your letter to me must be sent at the same time to the Personnel Director.

    Your replying to this notice and sending a copy of your reply to the Personnel Director does not constitute an appeal to the Civil Service Commission.  You may appeal to the Civil Service Commission only when this intended action becomes final and within thirty days thereafter.

RECEIVED
SEP 1 9 ▮▮▮▮

BY: *MK*

*DC Coulter*

*for  Richard J. Ross Jr.*
POLICE COMMISSIONER

73-60         ORIGINAL: Employee      cc: Department      cc: Personnel Director

cc: John McNesby, F.O.P., Cert. #7009 1680 0000 5271 8585

**PHL_00001069**

**CONTINUED NOTICE OF INTENTION TO DISMISS FOR P/O DANIEL FARRELLY #9448, PR#████████ PBI#19-0517:**

As part of the investigation, an analysis was conducted of Facebook post and/or comments collected in the Plainview Project database. The analysis displayed a course of conduct, where no fewer than seventeen (17) times, you posted, shared, and/or commented on video, photographs/pictures, and articles, using racial slurs, profanity, dehumanizing, defamatory, and/or discriminatory language, and/or language that condoned, glorified, or encouraged violence, and/or language that was insensitive and mocked individuals, due process, and the criminal justice system. As a member of the Philadelphia Police Department, you are expected to strive to maintain public trust and confidence, not only in your professional capacity but also in your personal and on-line activities. Your posts and comments in question are devoid of any professional expectations and standards.

**NEGLECT OF DUTY, SECTION 5-§011-10** (Failure to comply with any Police Commissioner's orders, directives, memorandums, or regulations; or any oral or written orders of superiors.)

Internal Affairs an internal investigation IAD#19-1077.151 determined that you posted material, statements, or comments on Facebook that are in direct violation of Directive 6.10, Social Media and Networking. This investigation conducted an analysis of Facebook posts and/or comments collected in the Plainview Project database. Results indicated that you posted, shared, and/or commented on video, photographs/pictures, and articles, using racial slurs, profanity; dehumanizing, defamatory, and/or discriminatory language; and/or language that condoned, glorified, or encouraged violence; and/or language that was insensitive and mocked individuals, due process, and the criminal justice system. In many instances, these posts and comments were directed at the same persons whom you have been sworn to serve. Directive 6.10 specifically states that while engaging in social media, "Employees are prohibited from using ethnic slurs, profanity, personal insults; material that is harassing, defamatory, fraudulent, or discriminatory, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice." The Directive further states that "each member must strive to maintain public trust and confidence, not only in his or her professional capacity, but also in his or her personal and on-line activities. Moreover, as police personnel are necessarily held to a higher standard than general members of the public, the on-line activities of employees of the police department shall reflect such professional expectations and standards."

The course of conduct you engaged in indicates you have little or no regard for your responsibility as a member of the Philadelphia Police Department. Therefore, you will be dismissed after being place on a 30-day suspension.

On 7/19/2019 in the presence of Captain Daniel Angelucci #4, Internal Affairs Division, Captain Michael Hooven #28, Commanding Officer, 9th District, Lt. Timothy Linnemann #199, Internal Affairs, Danielle Nitti, Esq., Attorney FOP, and John McGrody, FOP Lodge 5, you were given your Criminal Gniotek Warnings and an opportunity to respond to the above allegations. You chose not to respond. You were placed on an immediate 30-day suspension, with the intent to dismiss.

PHL_00001070

Concise Officer History

P/off Daniel Farrelly [9448/█████]

Payroll Number: █████   Hire date: Dec 16, 2002  Current assignment since: Mar 03, 2014
Current assignment(s):
       Bureau: ROC South
       Division: CPD
       District Unit: 0900 09th District


**Involved Officer: Drug test**                          IA No:  40453
**Received: Mar 27, 2003**
                                                         DC no:      40453

     Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative      Assigned: Un-assigned

      Invest: NA Class: 338


      Test date: 03/27/2003  Reason test was requested: Recruit
      Drug test disposition: Negative
      The officer/member tested positive for drugs: Negative
      Urine test was conducted:   Type of drug found:
      Hair test was conducted: Negative  Type of drug found:

**Involved Officer: Drug test**                          IA No:  03-2225D
**Received: Jun 10, 2003**

     Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative      Assigned: Un-assigned


      Test date: 06/10/2003  Reason test was requested: Promotion
      Drug test disposition: Negative
      The officer/member tested positive for drugs: Negative
      Urine test was conducted: Negative  Type of drug found:
      Hair test was conducted:  Type of drug found:

**Involved Officer: Use of force**                       IA No:  U04-0601
**Received: May 08, 2004 22:02**
                                                         DC no:      04-17-023086

     Incident disposition/finding: Approved
Classification:       Disposition: Approved      Assigned: C/O

      While responding to drug sale at ████████  Def. Johnnie Martin 22B/M along
      with 2 other males, one of which possessed narcotics.  upon investigation, the
      defendant punched P/O Melendez with a closed fist in his face. P/O Corrado # and
      P/O Farrelly #9448 assisted in arresting the def. using control holds to overcome
      resistance. Def. was arrested for asault on police


      Involved Citizen    Johnnie  Martin


      Use(s) of force          Effective/Not Effective
      Control Holds            Effective

      Service being conducted: Ped Investigation

**Involved Officer: Use of force**                       IA No:  U04-1584
**Received: Nov 15, 2004 08:27**
                                                         DC no:      04-17-059611

PHL_00001010

Page: 2

```
        Incident disposition/finding: Approved
Classification:      Disposition: Approved      Assigned: C/O

        Police responded to a dom. dist at ██████████ & upon arrival found the def.
        combative & argumenative with police and his girlfriend.  Male stated he sustained
        injuries to his head, (lacerations) from his girlfriend, who did not live there and
        with whom he did not live with.  Police attempted to calm the def. when, without
        provication, the def. with a closed fist, swung in the direction of Sgt. Scully's
        face & then at P/O Farrelly's face.  The def. was subdued and cuffed and trans. to
        graduate hosp for his, prior to police contact, injuries.


    Involved Citizen    Gregory  Burnside


    Use(s) of force              Effective/Not Effective
    Control Holds                Effective

    Service being conducted: Radio Call
```

**Involved Officer: Use of force**                     IA No:   U05-1084
**Received: Jul 30, 2005 14:50**

                                                       DC no:       05-17-036681

```
        Incident disposition/finding: Approved
Classification:      Disposition: Approved      Assigned: C/O

        While attempting to arrest the defendant he threw punches at police and tried to
        take the officers firearm.  P/O Farrelly utilized OC spray and control holds to
        subdue the defendant.  The male was transported to Graduate Hospital by EPW 1701
        for pain in his right side, an abrasion to the right knee, and OC contamination.
        Treated with Tylenol by Dr. Morros and released


    Involved Citizen    Howard  Mclean


    Use(s) of force              Effective/Not Effective
    Control Holds                Effective
    oc                           Effective

    Service being conducted: Arrest
```

**Involved Officer: Use of force**                     IA No:   U06-0712
**Received: May 29, 2006 02:51**

                                                       DC no:       06-09-026145

```
        Incident disposition/finding: Approved
Classification:      Disposition: Approved      Assigned: C/O

        DEF PLACED UNDER ARREST FOR ROBBERY. DEF COMPLAINED OF PAIN TO LEFY SHOULDER.  DEF
        TAKEN TO HOSPITAL TREATED AND RELEASED.


    Involved Citizen    CARL  CURTIS


    Use(s) of force              Effective/Not Effective
    Control Holds                Effective
    Hands                        NOT effective

    Service being conducted: Arrest
```

**Involved Officer: Use of force**                     IA No:   U07-0552
**Received: Apr 28, 2007 13:07**

                                                       DC no:       07-17-017978

PHL_00001011

**JA-1145**

Incident disposition/finding: Approved
Classification:        Disposition: Approved        Assigned: C/O

    ON 04-28-07 AT APPROX. 11:25AM SGT. KELLY #8885 WAS PLACING A B/M, LATER ID AS CARL
CURTIS, INTO CUSTODY FOR NARCOTICS VIOLATIONS.  SGT. KELLY STRUGGLED WITH CURTIS
TAKEN HIM TO THE GROUND.  SGT. JANKA ARRIVED ON THE SCENE AND CONTINUED TO STRUGGLE
TO PLACE HANDCUFFS ON CURTIS.  THE OFFICERS WERE ON THE SIDEWALK WITH CURTIS WHEN
OTHER BACK-UP OFFICERS ARRIVED.  P/O FARRELLY RAN OVER TO ASSIST THE OFFICER ON THE
GROUND TRIPPING OVER THE OFFICERS AND CURTIS.  THE OFFICERS WERE ABLE TO GET CURTIS
INTO CUSTODY.  NO INJURIES WERE SUSTAINED TO OFFICERS OR DEFENDANT.


   Involved Citizen    CARL  CURTIS


   Use(s) of force            Effective/Not Effective
   Control Holds              Effective

   Service being conducted: Assist Officer

**Involved Officer: Use of force**                    IA No:  U07-0808
**Received: Jun 14, 2007 10:32**

                                                                           DC no:        07-17-019179

Incident disposition/finding: Approved
Classification:        Disposition: Approved        Assigned: C/O

    THE OFFENDER WAS OBSERVED IN THE AREA OF ████████████████ BY THE ARRESTING
OFFICERS.  THE OFFICERS WERE AWARE OF THE FACT THAT THE OFFENDER WAS WANTED ON A
VUFA WARRANT IN SDD/SIU 07-0145. THEY APPROACHED THE OFFENDER WHO FLED ON FOOT
POINTING A GUN AT THE OFFICERS ON TWO SEPARATE OCCASIONS DURING THE FOOT PURSUIT.
THE OFFENDER WAS FINALLY STOPPED IN AN ALLEY AND A BRIEF STRUGGLE ENSUED.
RETRIEVED FROM THE OFFENDER WAS TWO HANDGUNS. NO INJURIES TO POLICE OR OFFENDER.
THE OFFENDER WAS TRANSPORTED TO SDD FOR PROCESSING.


   Involved Citizen    RODNEY  SMITH


   Use(s) of force            Effective/Not Effective
   Control Holds              Effective

   Service being conducted: Warrant

**Involved Officer: Use of force**                    IA No:  U07-1598
**Received: Nov 08, 2007 21:02**

                                                                           DC no:        07-17-052730

Incident disposition/finding: Approved
Classification:        Disposition: Approved        Assigned: C/O

    ON 11-08-07 P/O FARRELLY #9448 WAS ASSIGNED TO RPC 17N2 WHEN HE RESPONDED TO A
RADIO CALL OF PROWLERS CASING THE STORE AT ████████ UPON HIS ARRIVAL HE
OBSERVED THE MALE ON THE CORNER.  THE MALE WAS STOPPED FOR INVESTIGATION.  DURING
THE PEDESTRIAN INVESTIGATION THE MALE BECAME HOSTILE TOWARDS POLICE AND HE SPIT IN
P/O FARRELLY'S DIRECTION.  P/O FARRELY THEN ATTEMPTED TO PLACE THE MALE INTO
CUSTODY WHILE HE CONDUCTED HIS INVESTIGATION.  THE MALE RESISTED AND P/O FARRELY
AND THE MALE FELL TO THE GROUND.  THE MALE WAS CLEARED BY INVESTIGATION AND
RELEASED TO HIS FATHER.


   Involved Citizen    WILLIAM  JOHNSON


   Use(s) of force            Effective/Not Effective
   Control Holds              Effective

**PHL_00001012**

Service being conducted: Ped Investigation

**Involved Officer: Drug test**                    **IA No:  07-7362D**
**Received: Dec 27, 2007**

   Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative      Assigned: Un-assigned

   Test date: 12/27/2007   Reason test was requested: Random
   Drug test disposition: Negative
   The officer/member tested positive for drugs: Negative
   Urine test was conducted: Negative   Type of drug found:
   Hair test was conducted: Negative   Type of drug found:

**Involved Officer: Use of force**                 **IA No:  U08-0329**
**Received: Feb 28, 2008 23:26**
                                                   **DC no:        08-17-009399**

   Incident disposition/finding: Approved
Classification:       Disposition: Approved     Assigned: C/O

      ON 2-28-08 AT APPROX 9:00 PM P/O FARRELLY #9448 & P/O WELLS #2345 WERE WORKING
      PLAINCLOTHES IN THE AREA OF ███████████ WHEN THEY OBSERVED A B/M (LATER ID'D AS
      MARCUS TEAGUE) BREAK INTO THE FRONT D/S WINDOW OF A SILVER PONTIAC.  THE MALE WAS
      OBSERVED PARTIALLY IN THE VEHICLE.  P/O FARRELLY APPROACHED THE MALE AND ORDERED
      HIM OUT OF THE VEH AND TO SHOW HIS HANDS.  THE MALE REFUSED TO COMPLY AND P/O
      FARRELLY RESTAINED THE MALE & REMOVED HIM FROM THE VEHICLE.  DEF SUSTAINED CUTS AND
      SCRAPES TO HIS FACE FROM THE BROKEN WINDOW GLASS.

   Involved Citizen    MARCUS  TEAGUE

   Use(s) of force            Effective/Not Effective
   Control Holds              Effective
   Force to Ground            Effective

   Service being conducted: Arrest

**Involved Officer: Use of force**                 **IA No:  U08-1432**
**Received: Aug 22, 2008 00:57**
                                                   **DC no:        08-17-042133**

   Incident disposition/finding: Approved
Classification:       Disposition: Approved     Assigned: C/O

      ON 8-21-08 AT APPROX 10:45 PM P/O FARRELLY #9448 & P/O WELLS #2345 WERE WORKING
      PLAINCLOTHES (17BD2) & IN AN UNMARKED VEH.  THEY OBSERVED A B/M (LATER ID'D AS
      CURTIS WILSON) IN FRONT OF ███████████ & ATTEMPTED TO STOP HIM FOR CURFEW
      VIOLATION.  THE MALE PUSHED P/O WELLS IN THE CHEST AREA WITH BOTH HANDS & ATTEMPTED
      TO FLEE.  P/O WELLS & P/O FARRELLY THEN TOOK THE DEF TO THE GROUND AS HE CONT TO
      RESIST.  MALE WAS HANDCUFFED WITHOUT FURTHER INCIDENT.

   Involved Citizen    CURTIS  WILSON

   Use(s) of force            Effective/Not Effective
   Control Holds              Effective
   Force to Ground            Effective

   Service being conducted: Ped Investigation

**Involved Officer: Use of force**                 **IA No:  U08-1784**

PHL_00001013

**Received: Oct 15, 2008 03:32**

DC no:          08-17-051238

Incident disposition/finding: Approved
Classification:        Disposition: Approved        Assigned: C/O

DEFENDANT TRANSPORTED TO METHODIST HOSPITAL FOR INJURIES SUSTAINED AS A RESULT OF
AN ARREST.

Involved Citizen    JILIL  THOMPKINS

Use(s) of force              Effective/Not Effective
fist / punch                 NOT effective
Control Holds                NOT effective

Service being conducted: Arrest

**Involved Officer: Complaint Against Police        IA No:  09-0166**
**Received: Apr 03, 2009**

DC no:          09-17-013732

Incident disposition/finding: Unfounded
Classification: Other Misconduct        Disposition: Unfounded        Assigned: Lieut Brad
Christy

According to the complainant, on 3-30-09 at 9:50 PM, two officers knocked on her
door and when her brother, Kevin, opened the door, the police pushed past him and
entered.  The officers handcuffed Kevin and removed him from the house, leaving the
complainant's three children home with strangers.  The officers searched the home
and wrote on her mail.

Complainant:    BERNICE  TETT

Allegations:

Illegal Search -  - Unfounded - Jun 08, 2009

**Involved Officer: Drug test                IA No:  10-5321D**
**Received: Feb 15, 2010**

Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative        Assigned: Un-assigned

Test date: 02/15/2010   Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:   Type of drug found:

**Involved Officer: Drug test                IA No:  11-0464D**
**Received: Aug 25, 2011**

Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative        Assigned: Un-assigned

Test date: 08/25/2011   Reason test was requested: Medical ret.
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:

PHL_00001014

Hair test was conducted:   Type of drug found:

**Involved Officer: Use of force**          IA No:   U12-1223
**Received: Aug 02, 2012 09:26**

                                            DC no:       12-17-036661

Incident disposition/finding: Approved
Classification:       Disposition: Approved      Assigned: C/O

Ronald Taylor was observed with a broken crackpipe to his mouth while he was trying
to smoke it. Police ordered male several times to drop the item male then held
broken crack pipe to his throat threatening to cut himself. The male then lunged at
P/O Farrelly #9448 at which time P/O Anzideo #4029 deployed his city issued taser.
Male was incapacitated and transported to Pennsylvania Hospital.


Involved Citizen    Ronald S Taylor


Use(s) of force         Effective/Not Effective
Taser/C.E.D.            Effective

Service being conducted: Radio Call

**Involved Officer: Internal Investigations**    IA No:   13-1035
**Received: Apr 01, 2013**

                                            DC no:       13-12-020290

Incident disposition/finding: Not Sustained
Classification: Criminal Allegation      Disposition: Not Sustained      Assigned: Lieut
Allan Branson

INTERNAL INVESTIGATION / ALLEGATION OF MISSING MONEY

On Saturday, 3-30-13 at 1:00AM,  Captain Gramlich #90, Internal Affairs was
notified by Lt. John Hewitt #333, 3rd District, of a narcotics investigation (DC#
13-12-20290), involving P/O Thomas Vitanovitz # 3964 assigned to the 18th District
and his partner, P/O Duane White #2154 assigned to the 19th District. Both officers
were detailed to the Mobile Field Force detail. During a vehicle investigation
conducted by these officers, which led to a narcotics arrest of two suspects, P/O
Farrelly #9448 and P/O McGinn #4076, both  assigned to the 17th District arrived on
location. P/O Vitanovitz# 3964 during his initial search of the vehicle where the
suspect had been sitting, noted a wallet and pill bottle . The officer identified
the pills as Xanax and in the wallet he saw a $100 bill. P/O Vitanovitz # 3964
stated that upon securing his prisoner he observed P/O Farrelly #9448 holding the
same suspect's wallet. P/O Farrelly #9448 stated that he was looking for drugs.
Shortly thereafter the prisoner advised P/O Vitanovitz # 3964  that a $100 bill was
missing from his wallet. It should be noted that the investigation and arrest
occurred at approximately 7:45PM on 3-29-13. Both Lt. Hewitt #333 and Sgt. Spence
stated that P/O Vitanovitz#3964 and P/O White #2154 were visibly shaken up on
learning of the missing $100 bill and reported it to their supervisor Sgt. Spence #
437. Therefore, the element of surprise and efficacy of a search of any officers or
their vehicles was greatly diminished by the delayed reporting of this matter by
P/O Vitanovitz# 3964 and P/O White #2154. P/O Farrelly#9448 was searched by Lt.
Green in the presence of Lt. Branson #113 at SWDD. A consent to search was granted
and conducted of this officer's personal vehicle as well as NS-18. Lt. Robert
Richie at DPR was notified and P/O Farrelly #9448 duty weapon was reclaimed by
order of Capt. Gramlich#90, until such time that this investigation is completed.
Prepared by: Lt. Allan Branson #113

PHL_00001015

Complainant:       ANONYMOUS

Allegations:

    Criminal Allegation-Theft/Retail Theft -  - Not Sustained - Jun 12, 2013

Actions taken:

    : Mar 30, 2013 - Removed From Street

                DETAILED TO THE DPR UNIT

    : Mar 30, 2013 - Detailed Out

                DETAILED TO THE DPR UNIT

    : Mar 30, 2013 - Weapon Confiscated
    : Jun 10, 2013 - Returned To Full Duty

**Involved Officer: Use of force                    IA No:**
**U14-0766                    Received: Jun 23, 2014 19:12**
                              **DC no:**
**14-06-026631**

    Incident disposition/finding: Approved
Classification:        Disposition: Approved        Assigned: Lieut
Henry Dugan

        P/O Farrelly had to use control holds on a 302 female in order
        to get her into hospital staff custody. She was trying to kick
        and punch P/O Farrelly and Hall Mercer staff while in the
        intake area.


    Involved Citizen     Christian  Weeks


    Use(s) of force            Effective/Not Effective
    Control Holds              Effective

    Service being conducted: Radio Call

**Involved Officer: Use of force                    IA No:**
**U15-0766                    Received: Jul 11, 2015 01:55**
                              **DC no:**
**15-39-055990**

    Incident disposition/finding: Approved
Classification:        Disposition: Approved        Assigned: Lieut
Henry Dugan

        Police were traveling E/B on 2700 W. Hunting Park Ave. when
        they heard screaming coming from the Checkers Restaurant.
        Police observed the offender Angel A. Roman ▮▮▮▮▮▮▮▮
        screaming and throwing his bike at the window of the business.
        Police approached the male and ordered him to the ground
        several times but he turned toward police and screamed "Fuck
        you, Taze me!"  Police deployed their tazer and male was
        handcuffed.  Police searched male incident to arrest and
        recovered 26 bags of synthetic marijuana.   Narcotics placed
        on PR# 326952.  Male transported to Temple Hospital.

PHL_00001016

Involved Citizen    Angel A Roman


Use(s) of force          Effective/Not Effective
Control Holds            Effective

Service being conducted: Arrest

**Involved Officer: Use of force                    IA No:**
**U15-1134                    Received: Oct 09, 2015 12:32**
                                           **DC no:**
**15-09-043235**

   Incident disposition/finding: Approved
Classification:        Disposition: Approved      Assigned: Lieut
Henry Dugan

      P/O Pazdan deployed his taser into the defendant after he spit
      in the officers face/eyes. P/O Pazdan was trying to place
      handcuffs on the male in order to transport him. The defendant
      was extremely hostile.


   Involved Citizen    Raymond  Scott


   Use(s) of force          Effective/Not Effective
   Control Holds            Effective

   Service being conducted: Cell Room Incident

**Involved Officer: PBI                             IA No:**
**P2016-0303                    Received: May 25, 2016**

   Incident disposition/finding:
Classification: Procedural       Disposition:      Assigned: Un-
assigned

      Commanders Request

   **PBI Handling: Yes     PBI Processing Completed: Yes**

   **PBI Case Information:**
      PBI No: 2016-0303
      Job type: Formal Discipline Sworn
      Opened date: 05/25/2016
      Completed date: 10/13/2016
      Status: Completed
      Source: Commanders Request


   Charges:

  New Article V Neglect of Duty 05/25/2016 [] - Charges withdrawn per
PC Oct 13, 2016


      Statute:5-$017-10


      Loss or damage to Police Department property resulting from
negligence or from failure to properly care for same. (Excludes City
owned weapons).

PHL_00001017

Related actions taken:

      Oct 13, 2016 Charges Withdrawn

          P/O Daniel Farrelly #9448.  Charges withdrawn by the
          Police Commissioner on 10-13-16.

**Involved Officer: Drug test**          **IA No:**
**17-5651D**          **Received: Apr 09, 2017**

    Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative     Assigned:
Sergt Mark Nagy

    Test date: 04/09/2017  Reason test was requested: Random
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:  Type of drug found:

**Involved Officer: Drug test**          **IA No:**
**17-6477D**          **Received: Aug 15, 2017**

    Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative     Assigned:
Sergt Mark Nagy

    Test date: 08/15/2017  Reason test was requested: Random
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:  Type of drug found:

**Involved Officer: Drug test**          **IA No:**
**17-7014D**          **Received: Nov 01, 2017**

    Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative     Assigned:
Sergt Craig Sweeney

    Test date: 11/01/2017  Reason test was requested: Random
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:  Type of drug found:

**Involved Officer: Internal Investigations**    **IA No:**
**19-1077.151**          **Received: Jun 06, 2019**

    Incident disposition/finding: Sustained
Classification:  Departmental Violations     Disposition: Sustained
Assigned: Sergt Brian Saba

    INTERNAL INVESTIGATION /

    Confidential Investigation as a result of information reported
    on www.plainviewproject.org and www.injusticewatch.org
    websites, in reference to social media posts made by current
    and former members of the Philadelphia Police Department.

PHL_00001018

    Allegations:

        Departmental Violation-PPD Directives Violation (See PPDD#) -
PPDD 6.10-Social Media and Networking - Sustained - Jun 17, 2019

    Actions taken:

        : Jun 05, 2019 - Removed From Street

                        YES

        : Jun 05, 2019 - Weapon Confiscated

                        YES

        : Jul 19, 2019 - Non Criminal - Gniotek
        : Aug 15, 2019 - Dismissed

**Involved Officer: PBI                        IA No:**
**P2019-0517              Received: Jul 19, 2019**

    Incident disposition/finding:
Classification: Procedural      Disposition:        Assigned: Un-
assigned

        REFER TO IAD #19-1077.151

    **PBI Handling: Yes    PBI Processing Completed: Yes**

    **PBI Case Information:**
        PBI No: 2019-0517
        Job type: Formal Discipline Sworn
        Opened date: 07/10/2019
        Completed date: 07/18/2019
        Status: Completed
        Source: INT

    Charges:

    New Article I Conduct Unbecoming 07/19/2019 [] - CDA - Dismissal
Jul 18, 2019

        Statute:1-§021-10

    Related actions taken:

        Jul 18, 2019 CDA - Dismissal

            P/O Daniel Farrelly #9448.  Commissioner's direct
            action.  Deputy commissioner's recommended penalty -
            dismissal on both charges.  Final penalty imposed -
            dismissal on both charges.  P/C signed on
            07/18/2019.

        Dec 18, 2020 Arbitration Award - DENIED

PHL_00001019

**JA-1153**

P/O Daniel Farrelly #9448.  Arbitration Award #01-
19-0002-2851.  Per the Arbitrator, the City showed
just cause to dismiss the grievant.  Therefore, the
grievance is denied.  DATED:  12/18/2

New Article V Neglect of Duty 07/19/2019 [] - CDA - Dismissal Jul
18, 2019

     Statute:5-§011-10

    Failure to comply with any Police Commissioner's orders,
directives, memorandums, or regulations; or any oral or written orders
of superiors.

    Related actions taken:

        Jul 18, 2019 CDA - Dismissal

            P/O Daniel Farrelly #9448.  Commissioner's direct
            action.  Deputy commissioner's recommended penalty -
            dismissal on both charges.  Final penalty imposed -
            dismissal on both charges.  P/C signed on
            07/18/2019.

        Dec 18, 2020 Arbitration Award  - DENIED

            P/O Daniel Farrelly #9448.  Arbitration Award #01-
            19-0002-2851.  Per the Arbitrator, the City showed
            just cause to dismiss the grievant.  Therefore, the
            grievance is denied.  DATED:  12/18/2

Report summary: totals by incident type:

| Incident type | Received |
| --- | --- |
| Action Taken | 0 |
| Alert Review | 0 |
| Background Investigation | 0 |
| C/O INVESTIGATION | 0 |
| Case Review | 0 |
| Complaint Against Police | 1 |
| Discretionary arrest | 0 |
| Drug test | 8 |
| Drug Unit Internals | 0 |
| Equal Employment Opportunity | 0 |
| ERU-EEO Referrals | 0 |
| FBI Task Force | 0 |
| FRB | 0 |
| Hospital case | 0 |
| IIU Investigations | 0 |
| IMPACT Investigations | 0 |
| IMPACT Support | 0 |
| Integrity Control Unit | 0 |
| Integrity test | 0 |
| Internal Investigations | 2 |
| ISS Investigations | 0 |
| ISS Misc Investigations | 0 |

PHL_00001020

```
ISS Support                        0
K9 Utilization                     0
Miscellaneous                      0
Miscellaneous discharge            0
Non-Investigatory Incident         0
Off Duty Action                    0
Off Duty Domestic                  0
PBI                                2
PFA Denied                         0
Police discharge                   0
Protection From Abuse              0
Reinstatements                     0
Resolutions                        0
Show of force                      0
Stop                               0
Use of force                       14
Use of Force Internal              0
Web OD                             0
Web UOF                            0
```
**Total**                         **27**

PHL_00001021

PHL_00008576



**Daniel Mike** shared a video.

October 21, 2013 · 🌐

Unreal , this country is going to he'll !

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008576

PHL_00008577



HOME          ABOUT          DATABASE          |          DONATE

2y



**Daniel Mike** shared a **video**.
October 21, 2013 · 🌐

Unreal , this country is going to he'll !



**The Video Junkyard**
October 18, 2013 · ⊕ · 🌐

 👍 Like Page

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

JA-1157

PHL_00008578



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008579



**HOME**     **ABOUT**     **DATABASE**     **DONATE**

Wtf

5y

omg i cant believe what that woman just said. omg shes going to jail right? like WTF

5y     👍 1

Somebody please beat the rest of her teeth out of her fucking mouth

5y     👍 3

ill do it! which jail is she in?!

5y

**Rachael Catalini** What a fucking animal!

5y     👍 1

**Daniel Mike** What does she care ? Her and her animal sister will have 4 more that the taxpayers will pay for !!

5y     👍 2

I had to rewind her talking 3 times bc I wanted to make sure I heard her correctly 😕 I have no words for her!!! So sad 🥺

5y

Dan, I am in complete agreement with you on this. only thing is it happened in 2009 . haha

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008579

PHL_00008580



PHL_00008580

PHL_00008583

 **Daniel Mike** shared a **video**.

February 17, 2014 · 🌐

⋯

Here is what you created , bleeding heart liberals !!! Police should be sweeping in here and administering swift punishment ! But it's a criminals world now , and most don't fear the law anymore ! God help this country !



**Luimarco Daily**

February 13, 2014 · 🕓 · 🌐

👍 Like Page

Document title: Plain View Project

Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike

Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008583

PHL_00008584



**HOME**  **ABOUT**  **DATABASE**  **DONATE**

KRON **4** 8:34 .com

MORE LOCAL NEWS  BUSINESS  YELLEN REBUFFS FED CRITICS AND PLEASES INVESTORS · HOUSE
NORTH BAY ·  FAIRFIELD  64/42  NAPA  62/40  SAN RAFAEL  63/45

**Luimarco Daily**
February 13, 2014 · ⊙ · 🌐

Oakland Nightly !

👍 11                                                                 10 Comments

↪ **Share**

⬤ ▮▮▮▮▮▮ Bunch of idiots that need to be destroyed
4y                                                              👍 2

⬤ **Daniel Mike** In philly , 20 cars would be called to that corner and
most of those idiots would have been sent to the hospital for an
extended stay !
4y                                                              👍 5

⬤ ▮▮▮▮▮▮ They have no respect at all
4y                                                              👍 1

⬤ ▮▮▮▮▮▮ Cops are out numbered ....you send in the
fucking military... Some places in Oakland or a fucking war zone
4y                                                              👍 1

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

They have no respect at all

4y

████████████ Cops are out numbered ....you send in the fucking military... Some places in Oakland or a fucking war zone

4y

👍 1

████████████ I would sit on a roof top and just pop them off one by one lol

4y

👍 1

████████████ Fight fire with fire!! Eventually the police will be back in charge of the streets. If the cops keep bumping the animals off, they may get suspended or fired, but they can only fire so many officers or suspend them.

4y

**Daniel Mike** You need to teach these assholes a lesson on who runs the streets like the not so old days ! Liberal judges don't punish anyone enough , and people who don't live in neighborhoods like this cry foul when cops are a little rough with these thugs ,But scream for justice when they are the victim ! Rizzo would never let this happen to his cops , or city !

4y

👍 5

████████████ It honestly just needs to be bombed .. Get it over with and kill them all and start over !

4y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008586



HOME    ABOUT    DATABASE    DONATE

4y

It honestly just needs to be bombed .. Get it over with and kill them all and start over !

4y

ANIMALS..... This country is doomed.

4y

PHL_00008586