HOME ABOUT DATABASE DONATE

Daniel Mike

March 2, 2014 ·

Overbrook ! Remember when you were able to say you lived there proudly ? To the assholes who took over that neighborhood , your an absolute disgrace to the human race !!!! There was practically zero crime there when I was growing up there !

85 23 Comments 1 Share

Share

[redacted] No one realizes how nice our neighborhood was! I agree with you Danny.

9

4y

[redacted] So sad  I know the feeling embarrassing today to say that's where you are from because of the way it is now- oh well life goes on!

3

4y

HOME ABOUT DATABASE DONATE

[redacted] So sad 🥲 I know the feeling embarrassing today to say that's where you are from because the way it is now- oh well life goes on!

4y

[redacted] Still proud. Just sad to see the world changing:(

4y

[redacted] AGREE but There was crime on my block but mostly non violent and no where near as bad as it is now

2

4y · Edited

[redacted] That's not Avondale is it [redacted] ???

PHL_00008630

HOME
ABOUT
DATABASE
DONATE
2
4y · Edited
That's not Avondale is it
???
5
4y
Yes it is
1
4y · Edited
No truer words!!!!
1
4y
me and my friends miss our Wyndale everyday!!
1
4y
That is the craziest and saddest picture of the old hood.
4
4y
that's just a sad picture. Doesn't look at all like OUR neighborhood
4
4y
I do wish that people did not run away, so many

PHL_00008630

JA-1167

HOME
ABOUT
DATABASE
DONATE
that's just a sad picture. Doesn't look at all like OUR neighborhood
4y
I do wish that people did not run away, so many other neighborhoods stayed strong. I would leave west Chester and would live there if it was the same as when I was younger.
3
4y
Truth^^^^^^ funny thing is up the hill house would prob be worth 5 times the amount of money they r today if the neighborhood stayed strong. Yuppies/hipsters love living close to center city with out living in it. Gentrification is at an all time high in the city
1
4y · Edited
Make me sick when I think of it
2
4y
Jay how old is that pic
4y
A year old.
4y
They should all be euthanized! They always complain they have nothing and it's all their fault! Fucking

HOME ABOUT DATABASE DONATE

[REDACTED] A year old.

4y

[REDACTED] They should all be euthanized! They always complain they have nothing and it's all their fault! Fucking animals!

3

4y

[REDACTED] It sucks we all shoulda stayed instead of competing with the "jones" we would all have more money a few vacation homes and our neighboorhood like south philly just saying

1

4y

[REDACTED] When they blew away Tom from loves everyone panicked and sold to who ever when people were getting mugged I told my mom the minute u get touched I'm gonna play eye for eye ! And we moved to pennwyne

1

4y

[REDACTED] Here's my house down 49th and Thompson.
4936 was maintained for over 60 years by my grandparents who were poor.
Soon as the animals got it, well here's the fucking end result.
... See More

HOME ABOUT DATABASE DONATE

Soon as the animals got it, well here's the fucking end result.
... See More

4y

[REDACTED] I lived this twice. Born in North Philly, a beautiful neighborhood until 1968. By 1970 it was not safe to go outside, especially at night. Moved to Overbrook in '70 then in 1988 I saw a subtle change & by 1990 moved to Broomall & never looked back.

4y

[REDACTED] "they " destroy everything , i go past my old house and get sick

4y

HOME ABOUT DATABASE DONATE

**Anthony Anzideo**
October 11, 2014 · Philadelphia, PA ·

Seems justified to me

M.STLTODAY.COM

**Teen died from gunshot to right cheek, medical examiner says : News**

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

HOME
ABOUT
DATABASE
DONATE
M.STLTODAY.COM
Teen died from gunshot to right cheek, medical examiner says : News
3
7 Comments 1 Share
Share
Hahaha "that wasn't his personality to have a gun" yet he was wearing an ankle bracelet for gun charges. 😂😂😂I can't with these morons😂😂😂
4y
1
Mario Booch He armed was with a sandwich and one that shoots bullets....F HIM!!!!
4y
1
It's unbelievable. We need an elected official to stand up and have the police back. And tell these people they r wrong.
4y
Daniel Mike Snore !!!! Who cares !
4y
1

Document title: Plain View Project

Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike

Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

HOME
ABOUT
DATABASE
DONATE
4y
Daniel Mike Snore !!!! Who cares !
1
4y
Why is this even a story?
4y
Daniel Mike You know why !!!!!
1
4y
Chris Joseph I like the "why is there no epidemic of white cops shooting white kids". Ummm
4y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

**Daniel Mike** shared Steve Reichert's photo.

July 5, 2015 ·

Beautiful, just beautiful!

Document title: Plain View Project

Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike

Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

HOME ABOUT DATABASE DONATE

Steve Reichert is with [redacted] and 2 others.
July 2, 2015 ·

Glad this fine gentleman got his hippie stomping merit badge!
www.Facebook.Com/stevereichertofficialpage

Like Page

Share

21

Daniel Mike is with [redacted] and 2 others.
August 8, 2015 ·

I always have time for my fans ! Mike Gerico and Alex Holly from Good day Philadelphia wanted their pictures taken with me !

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

HOME ABOUT DATABASE DONATE

Share

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

HOME ABOUT DATABASE | DONATE

Share

228

2 Shares

View 29 more comments

[redacted] Luv u Man!👍👍😊👏💋💋 1

2y

[redacted] Where they at Vango?

2y

**Daniel Mike** Chris Joseph She dat chicken head from aroun da way . She Lil Ants baby mom . She not from Da block doe , she went ta Crenshaw !

2y

**Chris Joseph** Oh Dat freak jawn. I hollard at Dat shortda for a minute. 1

2y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT