PHL_00008573



**Daniel Mike** shared Que Viva España's video.
December 1, 2015 · 🌐



2,425,246 Views

**Que Viva España** added a new video: Refugiados rechazan comida porque lleva la cruz de la Cruz Roja.

September 22, 2015 · 🌐

👍 Like Page

ocument title: Plain View Project
apture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
apture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008573

JA-1180



**HOME**       **ABOUT**       **DATABASE**       **DONATE**

2,425,246 Views

**Que Viva España** added a new video: Refugiados rechazan comida porque lleva la cruz de la Cruz Roja.
September 22, 2015 · 🌐                                    👍 **Like Page**

> Refugees reject food because it carries the cross of the red cross. If they do not want to adapt, let them go back to their countries.
>
> STOP ISLAM
>
> Share if you are outraged that they want to impose their beliefs.
> ⚙ · See original · Rate this translation

 **Share**

👍 6

 **Michael Anthony** Maybe we should put big red Fucking crosses on our welfare cards too! Animals not welcome                     3

2y

 **Daniel Mike** trump will erect cross fences !  2

2y

 **Michael Anthony** Fuck these terrorist. They absolutely ravaged Greece                     3

2y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008575



**HOME**        **ABOUT**        **DATABASE**        **DONATE**

**Daniel Mike** trump will erect cross fences ! 👍 2

2y

**Michael Anthony** Fuck these terrorist. They absolutely ravaged Greece

👍 3

2y

**Chris Joseph** Good, let them starve to death. I hate every last one of them.

👍 1

2y · Edited

███████ Soon there will be a shortage on red spray paint and wooden stakes.

👍 1

2y

███████ Can't say we didn't try.

2y

**Brian McBride** Fuckem 👍 2

2y

**Yo Stuff** Send these ungrateful fucks back .... Fuck them! 👍 1

2y

JA-1182

PHL_00008561



**Daniel Mike** shared Survive the Streets: A Page for Cops's video.

December 26, 2015 · 🌐

Beautiful !!

# No one cares about your stupid protest

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008561

PHL_00008562

Beautiful !!



677,756 Views

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008563



PHL_00008563

PHL_00008596



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008596

PHL_00008597



**HOME**     **ABOUT**     **DATABASE**     **DONATE**

Uncover Video

2,793,185 Views

**Mediatakeout** added a new video: THIS Is What They Do To DRUG Dealers In UKRAINE!!
February 17, 2016 · ☀

👍 Like Page

Ukranian Rebels Capture A DRUG DEALER . . . And Instead Of Taking Him To PRISON . . . They WHIPPED HIM LIKE A SLAVE!!! (Wow . . . They Don't PLAY Over There)

↪ Share

👍 4

**Vince Cione** Think he'll deal drugs again ?
2y

**Daniel Mike** I think they killed him after , so no ! 👍 1
2y

▇▇▇▇▇ "Say no to drugs" Was and still is great advice.
2y

▇▇▇▇▇ Dude this is viscous

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008597

PHL_00008598



PHL_00008598

PHL_00008599



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008599

PHL_00008600



HOME          ABOUT          DATABASE          DONATE

4,920,016 Views

[REDACTED] added a new video.
February 23, 2016 · 🌐

 Follow

One of the best social guidance films from the 50s.

 Share

👍 2

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

JA-1190

PHL_00008601



PHL_00008602



**Daniel Mike** shared Exposed's video.

March 16, 2016 · 🌐

Welcome these wonderful people to our country to go to school with your children !



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008602

PHL_00008603

HOME          ABOUT          DATABASE          DONATE



944,333 Views

**Exposed** added a new video.
August 22, 2015 · 🌐

👍 Like Page

Lost for words

 Share

👍😡 8

 ▓▓▓▓▓▓▓▓▓▓ Disgusting #TeamTrump2016 👍 2

2y

 **Michael Anthony** The mothers are very hands on with these
children. No honey let's reposition this sheep so you can get a

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008603

JA-1193



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Daniel%20Mike
Capture timestamp (UTC): Sat, 08 Jun 2019 16:41:19 GMT

PHL_00008605



PHL_00008605