# Internal Investigation
## I.A.D. #19-1077.58

Sgt. Brian Saba #8791

REVIEWED AND APPROVED BY:

C.O., I.A.D:

DATE: 06-18-19

C/I O.P.R.:

DATE: 18 June 19

PHL_00004871

# INDEX

**A. MEMORANDUM TO THE POLICE COMMISSIONER**

**B. COMPLAINT AGAINST POLICE FORMS**

White Paper                                IAD#19-1077

**C. INTERVIEWS**

Cpl. Thomas Young #8087, Payroll █████PCIC

**D. DOCUMENTS**

Facebook post and comments                 23 Pages
Gun Reclamation Form
Removed from Street Duty Notification

1

PHL_00004872

# MEMORANDUM

**POLICE**
**CITY OF PHILADELPHIA**
**DATE: 6-18-19**

**TO**          : Police Commissioner

**FROM**      : Commanding Officer, Internal Affairs Division

**SUBJECT**   : <u>**INTERNAL INVESTIGATION– IAD CASE # 19-1077.58**</u>

## ALLEGATION

On Tuesday, 6-4-19, a confidential Internal Investigation was created as a result of information reported on www.theplainviewproject.org and www.injusticewatch.org websites, in reference to social media posts made by current and former members of the Philadelphia Police Department. IAD #19-1077.58 was issued.

**A check of the department database indicated that Cpl. Thomas Young #8087, Payroll ▮▮▮▮▮ PCIC, was appointed to the Philadelphia Police Department on 11-20-89, and assigned to PCIC on 2-9-15.**

On 6-10-19, Sergeant Brian Saba #8791, Internal Affairs Division, was assigned to this investigation.

## INVESTIGATIVE ANALYSIS

Upon review of the posts and/or comments provided in the Plain View Project database, it was alleged that Cpl. Thomas Young was using a Facebook account with the user name of "Tom Young." The Facebook account with the user name "Tom Young" contained twenty one (21) total posts and/or comments that were contained on the website.

**Cpl. Thomas Young #8087, Payroll ▮▮▮▮▮ PCIC,** was interviewed at Internal Affairs Headquarters on 6-17-19 and related the following:

Cpl. Young was shown and reviewed twenty three (23) pages containing twenty one (21) posts and/or comments under Facebook user name "Tom Young." Cpl. young stated that the Facebook account with user name "Tom Young" was his account. Cpl. Young added that he did make all of the twenty one (21) posts and/or comments that he reviewed.

Cpl. Young stated that he did not make any of the posts or comments while on-duty. Cpl. Young added that he has never seen a post or comment attributed to him that he did not make.

Cpl. Young stated that he does not have any other social media accounts.

Some of the Facebook posts/comments made by Cpl. young violated the Philadelphia Police Department's Social Media Policy in that they contained posts/comments that expressed discriminating or harassing behavior based on race, color, gender, religion, national origin, age,

PHL_00004873

ancestry, sexual orientation, disability, or gender identity, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice.

The Facebook posts/comments that were contained in the Plain View Project database that were attributed to Cpl. Young are included in the documents section of this report.

SUBMITTED BY:

Brian Saba
Sergeant            #8791
Internal Affairs Division

REVIEWED AND APPROVED BY:

Daniel Angelucci
Captain            #4
Internal Affairs Division

2

PHL_00004874

## CONCLUSION

During the course of the investigation it was determined that a **Departmental Violation: PPD Directives Violations-PPD 6.10: Social Media and Networking** was <u>**SUSTAINED**</u> against **Cpl. Thomas Young #8087, Payroll** ████████**PCIC**.

Cpl. Thomas Young stated that the Facebook account listed under "Tom Young", is his Facebook account. Cpl. Young added that he did make the twenty one (21) posts/comments that were found in the Plain View Project database, but he did not believe he was on duty when he made the posts.

Philadelphia Police Department Directive 6.10 states, "It is the policy of the Philadelphia Police Department that all existing laws, rules, regulations, and directives that govern on- and off-duty conduct are applicable to conduct associated with social media and networking." It further states, "Employees are prohibited from using ethnic slurs, profanity, personal insults; material that is harassing, defamatory, fraudulent, or discriminatory, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice."

A copy of this investigation will be forwarded to the Commanding Officer, Police Board of Inquiry, for action.

**Deborah R. Francis**
**Staff Inspector**
**Internal Affairs Division**

3

PHL_00004875

Internal Investigation

I.A.D. #19-1077
DATE PREPARED 6-4-19

Confidential Investigation as a result of information reported on www.plainviewproject.org and www.injusticewatch.org websites, in reference to social media posts made by current and former members of the Philadelphia Police Department.

Commanding Officer
Internal Affairs Division

To _____

JUN 10 2019

☐ Action and Reply
☐ Action and Report
☐ Action No Report
☐ Information & File
Suspense Date 10-8-19

PHL_00004876

STATEMENT OF:      Cpl. Thomas Young #8087, PR ▉▉▉▉ PCIC
                   Appointment date: 11/20/89, Assignment date: 02/09/15

DATE AND TIME:     6-17-2019 10:30 PM

PLACE:             7790 Dungan Road, Internal Affairs Headquarters

CONCERNING:        IAD #19-1077.58

IN PRESENCE OF:    John McGrody, Charles Gibbs

INTERVIEWED BY:    Sgt. Brian Saba #8791, IAD

RECORDED BY:       Sgt. Brian Saba #8791, IAD


Q. Are you represented by an attorney or the FOP?
A. Yes.

Q. Did you have at least 72 hours notice of this interview so that you had the opportunity
to contact an FOP representative or attorney?
A. Yes.

Q. Do you wish to be represented at this time?
A. I am.

You are reminded that failure to cooperate in a departmental administrative investigation
is punishable by 10 days suspension to dismissal under article 1-008-10 of the
Disciplinary Code

You are also reminded that lying or attempting to deceive regarding a material fact during
the course of any Departmental investigation is punishable by dismissal under Article 1-
009-10 of the Disciplinary Code.

Q. Do you understand this?
A. Yes.

Q. Are you willing to cooperate?
A. Yes.

Cpl. Young, I am Sgt. Saba and I will be taking your statement directly onto the
computer. I am interviewing you concerning an Internal Investigation in reference to the
Plain View Project report on Social Media use by police personnel. Your name and
several posts and/or comments were amongst those published on the website.


Cpl. Thomas Young #8087, Payroll #205790                                        1

PHL_00004877

Q. Please state your rank, full name, badge, payroll, and assignment?
A. Cpl. Thomas Young, #8087, Payroll ▮▮▮▮ PCIC.

Cpl. Young, I am showing you a packet containing 23 pages which are comprised of 21 Facebook Posts and/or comments made by Facebook Account name, "Tom Young". Please take a few minutes and review each of these documents. Upon reviewing, please initial the bottom right corner of each page.

Q. Cpl. Young, did you have enough time to review and initial these documents?
A. Yes.

Q. Did you review each and every post or comment contained in these pages?
A. Yes.

Q. Cpl. Young, is this your Facebook account with the screen name "Tom Young"?
A. Yes.

Q. Cpl. Young, did you make these posts and comments?
A. Yes.

Q. Cpl. young, did you make these post and comments while on-duty?
A. No.

Q. Have you ever noticed a social media post and/or comment attributed to you or your account that you did not make?
A. No.

Q. Do you have any other social media accounts?
A. No.

Q. Do you have anything else to add to this interview?
A. No.


STATEMENT CONCLUDED:  6-17-2019 10:47 PM

I HAVE READ THE FOREGOING STATEMENT CONSISTING OF (2) PAGES AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

NAME (print): _Thomas Young_
SIGNATURE: _____
UNIT: _PCIC_
DATE & TIME: _6-17-19     10:49 pm_
WITNESSES: _____

Cpl. Thomas Young #8087, Payroll ▮▮▮▮                                    2

PHL_00004878

6/5/2019                         c07957adfc089070e5202bfd9b1da8b6c5b10fc4.png (518×251)



**Michael G Bottum**
December 2, 2015 ·

It appears that the religion of peace is responsible for the most recent mass shooting in San bernardio, ca.

4                                                    1 Comment

👍 Like                                      ↪ Share

Tom Young That pesky Religion of Peace always up to something
Like  2y                                                3

https://storage.googleapis.com/resipsa/c07957adfc089070e5202bfd9b1da8b6c5b10fc4.png                    1/1

PHL_00004879

6/5/2019                    ef6fc38fc58896aa83ad553f09c8baea42067401... (518×411)



Laszlo Zsazados
September 17, 2015 · YouTube · 🌐

French Gendarmes got finally pissed off and kicking illegal African migrants
over the highway guard rails.

YOUTUBE.COM
**Migrants Are Thrown Over Motorway Barrier By Pol**
Shocking moment migrants are thrown over motorway...

⤷ Share

👍 3

Tom Young They should gather them up and send them back
where they came from.

2y

PHL_00004880

**JA-2731**

6/5/2019                                   bdefa6378fc4b6e427013b89cb7b418f6d915926.png (518×1553)



**Michael G Bottum** shared a link.
July 12, 2015 · 🌐

800WHISTLEBLOWER.COM

**Homosexuals Throw Human Excrement At Christians, And Wipe Their Anuses With Pages Of The Bible**

👍 1                                                                    8 Comments

👍 Like                                                               ➤ Share

**Tom Young** Liberalism is truly a mental disorder!
Like   2y                                                       👍 1

**Michael G Bottum** It's a fucking freak show!!? 👍 2
Like   2y

████████ Is this real?
Like   2y

████████ No Susie, it's not real at all. If you look at the link in the video, you'll plainly see that it's not at ALL as is being described.

And I didn't see ANYONE dressed nearly as fiercely as the gentleman in the mohawk accompanying the article. I looked... twice.
Maybe three times. What can I say? I've been a Mad Max fan since the 70's.

Take a look at THIS video, which is footage of the protest in question, and see if YOU can spot any of the behavior described in the drooling account that Tom linked. No? That's because the description linked above, is the fever dream of a slack-jawed yokel, and not a unbiased view of what happened on the scene.

Look for yourself, in the link below. Is that what you imagined when you read the article? No? Because, that's NOT how it happened.

THIS is what went down. No eggs, no feces, no bibles.
(Some Pepper Spray)

https://storage.googleapis.com/resipsa/bdefa6378fc4b6e427013b89cb7b418f6d915926.png                                    1/2

PHL_00004881

6/5/2019  bdefa6378fc4b6e427013b89cb7b418f6d915926.png (518×1553)

https://youtube.com/watch?v=KHPyhO397w



YOUTUBE.COM
**22.03.2014 | Köln Demo gegen**
**Sexualzwang - Aggressive…**

Like · 2y · Edited



**Tom Young** Ed as a cop I've had the misfortune to detailed to events like this. I'm sure Michael G Bottum had the misfortune over his career.

Like · 2y

Doesn't change the fact, the the link you shared, is both misleading, and inflammatory.

Doesn't it seem strange to you, that a protest involving Sex Education in Germany, is being represented as a battle between Homosexuals and Christians?... See More

Like · 2y

And ... I'd like to point out, that someone went to quite a bit of trouble, to find a completely unrelated picture to attach to that article.

You'd almost suspect that they spent a lot of time SEARCHING for that picture. Looking for the most lurid pi... See More

Like · 2y · Edited

**Tom Young** Dude my point was that even if you are right, I've been to similar events held in Philly

Like · 2y

PHL_00004882

**JA-2733**

6/5/2019                                    b74e8993f7f889e4d53a90b2a30a5a7e72237a95.png (517×285)



**Michael G Bottum**
June 19, 2016 · 🌐                                    ···

I see the gay community is buying more firearms for protection... Good for
them!!!! Maybe they are starting realize the goverment can not protect them.
And you safety is your personal responsibility.

👍 4                                                    1 Comment  1 Share

        👍 Like                              ➦ Share

        **Tom Young** Protect us, under this president they are working against
        us importing thousands of Muslims into our country.

        Like · 2y                                        👍 1

PHL_00004883

**JA-2734**



**William Sperber**
May 10, 2014 · 🌐                                    ···

Our government really sucks sometimes.obama and his cohorts can't count to 2 without missing 3 numbers



are guaranteed to kill 330,000
Americans in a single hour.

TOPRIGHTNEWS.COM
300 Somali Terrorists Who Crossed the Border Still At Large Inside the U.S. (MUST SEE)

 Share

👍 2

 Tom Young Ban Islam from our country
3y

𝒯˙/        

https://storage.googleapis.com/resipsa/3a08f58084a19607aa50a4b3fca850de7a620b1c.png                    1/1

PHL_00004884

6/5/2019                              89a070e728326f613e8ebfd36c1266af418ff22b.png (517×568)

**Laszlo Zsazados** shared a link.
October 13, 2015 · Daily Express · 🌐                                    ···



EXPRESS.CO.UK
UKIP fury as Labour and Lib Dems 'claim Union Jack is nasty and
nationalistic'

 Share

3 Shares

 **Tom Young** It seem like the governments in almost every Western
Nation has been infiltrated by treasonous vermin

2y

PHL_00004885

**JA-2736**

6/5/2019                          8769478f337d479e098140f87c14f404ed21941b.png (518×937)



**Michael G Bottum**
November 13, 2015 · 🌐                                          · · ·

Another terrorist attack in Paris.... 30 dead so far..... I wonder if the religion of
peace is responsible????

👍 1                                                              11 Comments

          👍 Like                                    ↗ Share

         ▉▉▉▉▉▉▉ Yeah, makes you wonder.........   👍 1
         Like · 2y

         ▉▉▉▉ Wow how sad.
         Like · 2y

         Marion McGinnis No doubt about it.
         Like · 2y

         Laszlo Zsazados The multicultural paradise at its best.
         Like · 2y                                              👍 2

         Michael G Bottum You sow what you reap.... France let these animals
         in..... This is all coming to a city near you....
         Like · 2y · Edited                                     👍 1

              Tom Young Hey they're letting in here too
              Like · 2y

         Michael G Bottum The body count is up to 60......
         Like · 2y                                              👍 1

         Michael G Bottum Obama is on the air.now...... Should be
         insprarional.....
         Like · 2y                                              👍 1

              Tom Young Treasonous POS 👍 1
              Like · 2y

         Michael G Bottum Hey hillary!!!!!! I wonder if this attack is in response
         to another video????
         Like · 2y · Edited                                     👍 2

         Laszlo Zsazados They will blame the society for this. It was not
         sensitive enough for their cultural needs.
         Like · 2y · Edited                                     👍 1

PHL_00004886

**JA-2737**

6/5/2019  b32437d603dbe1fc3341ee28980c200da57cebde...g (518×575)



https://storage.googleapis.com/resipsa/b32437d603dbe1fc3341ee28980c200da57cebde.png

1/1

PHL_00004887

6/5/2019                                f03b6c118cb1c3e4b5e691cffb62629e8a755455.png (518×825)

Michael G Bottum shared a photo.
February 8, 2014 · ⊙                                           · · ·

## Happy Ramadan from Salaam Mosque Detroit!
Greetings from the religion of peace to all of America.
Convert or die.



www.startimpeachmentnow.com

"The future must not belong to those who slander the prophet of Islam."
- Barack Hussein Obama

**Nation In Distress**                                    👍 Like Page
February 8, 2014 · ⚙

What a Disgrace this Guy is!!! Lets hear your Thoughts...???
LIKE and SHARE ~Ace

Join Us ► Nation In Distress

                                                                  2 Comments

          👍 Like                                    ↪ Share

          ▋▋▋▋▋▋▋  If they need any more fuel for that fire ...I would be
          more than happy to throw a few of them in it.....Fuck them...we are
          smart enough to run our own 7-11s,Dunkin Donuts,and Gas Stations.
          4y · Like                                              👍 1

          **Tom Young** Ban Islam from all Western nations 👍 2
          4y · Like

https://storage.googleapis.com/resipsa/f03b6c118cb1c3e4b5e691cffb62629e8a755455.png                1/1

PHL_00004888





**Laszlo Zsazados**
July 30, 2017 · 🌐

Green, green grass of home. Ruins of a medieval castle built long time ago to shelter people against the Ottoman Empire invasions. They were heavily fortified and built on high hills or mountains.



 👍 Like        💬 Comment        ↪ Share

👍❤ 12

  **Tom Young** I hope the people of the West wake up to this Islamic Invasion before its too late!

Like · Reply · 34w



PHL_00004889

**JA-2740**

6/5/2019                      cf14e62f1fc131fc2d297510520a7ee0b132a55c.... (517×1258)



**Ron Gilbert** shared The Young Turks's video.
January 21, 2017 · 🌐

16,782,430 Views

**The Young Turks** added a new video. Justice System Lets Baby Rapist Walk Free
September 18, 2016 · 🌐                          👍 Like Page

A teenager arrested for raping a baby will avoid prison.

Subscribe: https://goo.gl/a3JY9i

👍 Like          💬 Comment          ➤ Share

😊👍 6

**Frank Sheridan** If this is a true story, these assholes need to be
exterminated!

Like · Reply · 1y                                          👍 2

http://www.nydailynews.com/.../family-iowa-molestation...

NYDAILYNEWS.COM
**Family of Iowa molestation victim didn't wa**

Like · Reply · 1y                                          👍 1

**Ron Gilbert** That's incredible, how is this even possible?
This kid have some serious issues and he's going to kill
someone the next time. Maybe the judge should be
investigated #js 😒

Like · Reply · 1y                                          👍 1

**James Snell** Assholes, been my baby he would have died in
prison at the hands of another inmate. These liberal parents should
hand their heads in shame.

Like · Reply · 1y                                          👍 2

https://storage.googleapis.com/resipsa/cf14e62f1fc131fc2d297510520a7ee0b132a55c.png                    1/2

PHL_00004890

6/5/2019                                    cf14e62f1fc131fc2d297510520a7ee0b132a55c.png (517×1258)



Like - Reply 1y

████████ He will do it again. Thinking he got away with it the first time.

Like - Reply 1y

████████ If the fool was black they would cut his balls off and ship him to the worst prison they could find!!!

Like - Reply 1y

Tom Young Should never see the light of day again

Like - Reply 1y

████████ Even black babies can't get justice. What the Fuck.

Like - Reply 1y

PHL_00004891

**JA-2742**

6/5/2019                    ca287d84a09760a4d0142efb997899133e58a7e3...g (518×372)



Tom Young likes a link.
June 18, 2013 · 🌐

Islam on the march

Muslim Refugees, Yes – Persecuted Christian
Christians are in imminent danger across the world, and...

CONSERVATIVEPAPERS.COM

Share

have you looked lately above the hardware store on willits ?

4y

PHL_00004892

JA-2743

6/5/2019                          01a33c844390ba1c85f23d90cca70c34d419f8df.png (518×1296)



Laszlo Zsazados shared İYİ PARTİ ÜLKÜCÜLERİ's video.
January 23, 2016 · 

If anyone tries to tell you that all cultures are equal and diversity and all- just take a look. I reject this culture!!!!!!!!!!!!!!!!!

This video may show violent or graphic content.

⊙ Uncover Video

1,604,330 Views

İYİ PARTİ ÜLKÜCÜLERİ added a new video.          👍 Like Page
December 23, 2015 · 

(Kadınlara yapılan şiddeti kınıyoruz)
Hamile Karısını Yemek Yapmadığı İçin Ağaca Bağlayıp Bayıltana Kadar Dövdü!
See Translation

↪ Share

⊙ 2

⬤            Scumbag
2y

⬤            Omg, what a disgusting POS!!!!!! 👍 1
2y

👤 Laszlo Zsazados This is the culture they are importing to the
USA for the last 20 years. European immigration is almost

https://storage.googleapis.com/resiosa/01a33c844390ba1c85f23d90cca70c34d419f8df.png          1/2

PHL_00004893

**JA-2744**

6/5/2019



01a33c844390ba1c85f23d90cca70c34d419f8df_____(518×1296)

non-existent anymore to America. All third world , so called diversity and cultural experience you need.

2y

God forbid!!!! It's more like barbarism! They are terrible people! I guess beating a pregnant woman proves he's a real man. Wow, that's a great cultural experience!

2y

This is what spineless pieces of shit do, because they can't possibly punish "evil" people who can fight back.

2y

Tom Young Why are we allowing these savages into America?  2

2y



https://storage.googleapis.com/resipsa/01a33c844390ba1c85f23d90cca70c34d419f8df.png

PHL_00004894

6/5/2019                    e638fabe96e2f98f58510637e08137b4f4a90292      (517×1560)



**Laszlo Zsazados** shared AJ+'s video.
December 20, 2017 · 🌐

This video may show violent or graphic content.

👁 Uncover Video

11,125,184 Views

AJ+ added a new video: Police Officers Break Man's Leg.        👍 Like Page
December 19, 2017 · 🌐

Police officers broke this man's leg after a traffic stop turned into a scuffle.

👍 Like          💬 Comment          ↪ Share

👍 2

**Robert D. Konczyk** TURD got what he deserved. 👍
Like · Reply · 14w

**Tom Young** Don't resist arrest 👍
Like · Reply · 14w

Very upseting 2 watch....he shouldnt resist but
Police shouldnt be so agressive and brutal.....am not taking sides. Dont
even know wot he had done....not pleasant 2 watch 😲😲😲😲
Like · Reply · 14w

**Frank Sheridan** One of those heavily edited videos to spark

https://storage.googleapis.com/resinsa/e638fabe96e2f98f58510637e08137b4f4a90292.png          1/2

PHL_00004895

6/5/2019

e638fabe96e2f98f58510637e08137b4f4a90292.png (517×1560)



people's emotions, without showing the whole video!

I'm Surprised it showed him grabbing the Officers baton!

Like · Reply · 13w

**Bob Walls** All I see is a non compliant piece of shit resisting and 2 cops doing whatever they needed to do to arrest him.

Like · Reply · 13w

What's more upsetting is my family in blue disrespected by a POS that does not comply. People think things look bad when they have never tried to cuff someone that does not want to be cuffed! I've seen it take 8 people once for a girl!

Like · Reply · 13w

You never needed help! Must be the red hair and fear of hell! LMAO

Like · Reply · 13w

Cause I always fought dirty! LOL.

Like · Reply · 13w

Is there any other way? Lol. My guess you did a lot of twisting things!

Like · Reply · 13w

Yep!

Like · Reply · 13w

**Joseph Loughlin** Ya the lawyers at the door

Like · Reply · 13w



**PHL_00004896**

**JA-2747**

6/5/2019



ca87464db6da543692e563787e52fd4943b2736e... (517×1354)

**Laszlo Zsazados** shared Voice of Europe's video.
February 24 ·

Way to go Italian Police, this is how it's always been done!!!!

1,634,121 Views

**Voice of Europe** added a new video.
February 23 ·

👍 Like Page

The Italian police have no mercy for Antifa as they try to interrupt a right-wing rally

👍 Like          💬 Comment          ↷ Share

13

2 Shares

Turban time still looks fun!!
Like · Reply · 4w

**Michael Bottum** If that happened here. You would be spending the rest of the week doing your bullshit use of force memos!!!
Like · Reply · 4w          1

**Tom Young** I can already hear the Libs crying          2
Like · Reply · 4w

**James Campbell**

https://storage.googleapis.com/resipsa/ca87464db6da543692e563787e52fd4943b2736e.png          1/2

PHL_00004897

6/5/2019 ca87464db6da543692e563787e52fd4943b2736e... (517×1354)



Like · Reply · 4w

Play stupid games and you win stupid prizes.

Like · Reply · 4w

**Joan Zahner-Savidge** This would never happen in this city. Our Police Department loss all control thanks to the liberals..

Like · Reply · 4w

That's what I'm talking about.

Like · Reply · 4w

2/2

PHL_00004898

**JA-2749**

6/5/2019                               a7a79885126f1b71a8ff6f44932054c24abad0c6.png (518×985)



Laszlo Zsazados
July 9, 2012 · ⊕

My son just called me told me about this border patrol agent in El Paso. The
agent died on duty on his all terrain vehicle in the desert,

OFFICER.COM
Border Patrol Agent Dies Following ATV Crash
Agent Leopoldo Cavazos Jr. died in an ambulance on the way to an El Paso ...

⤳ Share

👍 1

Tom Young I see what they done to our department since we
started and could cry. We can't even clear a corner of drug dealers
without calling for a supervisor, how are they going to address
shootings. All the thug has to do is complain that the cop looked at
him sternly or god forbid talked harshly and there's a major
investigation.

5y

Laszlo Zsazados That is what I call the tragedy in American policing, it
is headed terrible wrong way, because is lead by the wrong people.
The damage will be irreparable in the future. It is devastating.

5y

Tom Young You're right the political hacks have taken over and the
thugs know it. We are a shadow of our former selves. At one time for
better or worse the bad guys were afraid of us. Now they know the
pendulum has swung in their direction and because of politics we are
rendered completely ineffectual

5y

Laszlo Zsazados Exactly , the arrogance is there, lawless people
knowing that there will not be physical punishment, and there has to
be!!!!

5y

PHL_00004899

6/5/2019

a7a79885126f1b71a8ff6f44932054c24abad0c6.png (518×985)

PHL_00004900

JA-2751

8e2ce1ada2f918cb6e16249ac9279b95716e33f0.png (518×362)



**Tom Young** likes a link.
June 17, 2013 ·

We have to stop this now!

A Radical Imam's Infiltration of Philadelphi
The alarming company of the city's interfaith leadership.

WWW.FRONTPAGEMAG.COM

↗ Share

👍 1

1 Share

https://storage.googleapis.com/resipsa/8e2ce1ada2f918cb6e16249ac9279b95716e33f0.png

1/1

PHL_00004901

# NOTICE OF DUTY RESTRICTIONS
# AND/OR
# RECLAMATION OF ON-DUTY SERVICE WEAPON

As per the Orders of the Police Commissioner or his designee, you are prohibited from taking police action on or off duty and/or carrying a firearm on or off duty.

These restrictions will remain in effect until further notice.

**Effective Date: 6/6/2019**

_____
**Employee Surrendering Firearm**
*(Signature)*

_____  #293
**Witness**
*(Signature)*

_____
**Commanding Officer**
*(Signature)*

_____  PCIC
**District/Unit**

## Surrendered Firearm Information

City Owned ☒    ECW ☐    Duty Firearm – Privately Owned/Not Surrendered ☐

| | | | |
|---|---|---|---|
| Firearm/Make | GLC | ECW/Make | |
| Model | 17 | ECW/Model | |
| Serial Number | BEC895 | ECW/Serial # | |
| Owner | CITY | | |
| Date | 6/6/2019 | | |
| Time | 1:30 pm | | |
| Reason | | | |

☐ Chief Inspector/Deputy Commissioner Orders
☐ Suspension
☐ MPO Expired
☐ Demotion
☐ PFA Order
☐ Termination
☒ Internal Affairs Determination
☐ Leave of Absence/Temporary Separation

**Firearms Training Unit** *(signature)*  _____ #108 FTU

PHL_00004902

# INTERNAL AFFAIRS NOTICE OF
# REMOVAL FROM STREET DUTY

As per the Orders of the Police Commissioner or his designee, you are being removed from street duty due to an on-going Internal Affairs investigation. This restriction will remain in effect until further notice.

☒ If this box is checked, you are also prohibited from taking police action on or off duty and/or carrying a firearm or electronic control weapon on or off duty.*

Effective: 6/6/2019      you will be assigned to:   PCIC

Reason For Removal:   INTERNAL INVESTIGATION

CPL. THOMAS YOUNG                          8087          ▇▇▇▇▇
NAME                                      BADGE #        PAYROLL #

_____                   6·6·19
        Employee                            Date
       (Signature)

_____                   6/6/19
    Commanding Officer                   District/Unit
       (Signature)

Captain _____ from Internal Affairs notified the above

employee and his/her Commanding Officer of this duty restriction on _____

IA CASE# _____

*Note: The above employee's Commanding Officer is responsible for reclaiming the officer's service weapons and preparing the NOTICE OF DUTY RESTRICTIONS AND RECLAMATION OF ON-DUTY SERVICE WEAPONS.

PHL_00004903

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CHRISTIAN FENICO, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 2:20-cv-03336-GEKP |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT CITY OF PHILADELPHIA'S OBJECTIONS AND RESPONSES TO
PLAINTIFF THOMAS YOUNG'S INTERROGATORIES**

Defendant City of Philadelphia (the "City") objects and responds to Plaintiff Thomas Young's Interrogatories as follows:

## PRELIMINARY STATEMENT

The City has not yet completed its investigation of the facts relating to this action and has not yet completed its preparation for trial. The City reserves its right to supplement these responses pursuant to the applicable Federal Rules of Civil Procedure and Local Rules of Court.

The City objects to Plaintiffs' definitions and instructions to the extent that they seek to impose requirements exceeding those in the applicable Federal Rules of Civil Procedure and Local Rules.

Plaintiffs have served twelve (12) sets of interrogatories, each comprised of twenty (20) separate questions, for a total of 240 interrogatories. Rule 33 of the Federal Rules of Civil Procedure provides that "a party may serve on any other party no more than 25 written

1

**ANSWER**:  Subject to the foregoing objections, see the July 2014 Disciplinary Code, which is part of the collective bargaining agreement between the City of Philadelphia and Fraternal Order of Police Lodge No. 5, in effect between July 1, 2019 through June 30, 2020.  See PHL_00009823-00010012.

7.     Please identify the individual who made the final decision with regard to the disciplinary action taken against the Plaintiff Young in this case.

**OBJECTIONS**:  The City understands this interrogatory to be seeking information related to the 2019 Disciplinary Action.  The City objects to this interrogatory as vague, confusing, ambiguous, over broad, and unduly burdensome if and to the extent it calls for information relating to any other disciplinary action.

**ANSWER**:  Subject to the foregoing objections, Commissioner Richard Ross made the final decision regarding discipline.

8.     Please describe any prior written notice of possible violation of any Department social media policy that was provided to Plaintiff Young before imposing disciplinary action.

**OBJECTIONS**:  The City objects to this interrogatory because the undefined term "prior written notice" is vague, confusing and ambiguous.  The City further objects to this interrogatory as over broad, unduly burdensome, and oppressive to the extent it seeks information relating to notice in connection with possible violations other than those at issue in the 2019 Disciplinary Action. The City further objects to this interrogatory as over broad, unduly burdensome and oppressive because it is unlimited as to time.

**ANSWER**:  Subject to the foregoing objections:

1.  Plaintiff Young was given notice and training on the PPD social media policy in 2011, when it was first issued.

2.  Plaintiff Young was given notice and training on the PPD social media policy in 2012, when it was updated.

3.  Plaintiff Young was given notice and training on the PPD social media policy in 2014.

4.  Plaintiff Young was given notice and training in June/July 2019 on professionalism and social media.

5.  Plaintiff Young was given notice and disciplined in 2019 for violations of the PPD social media policy.

9.      Please identify each individual within PPD who communicated with First Deputy Commissioner Myron Patterson, Sergeant Joann Garvey, Captain John Przepiorka or any other Commanding Officer or employees regarding the allegations that led ultimately to the Plaintiff Young's discipline.

**OBJECTIONS**:  The City understands this interrogatory to be seeking information related to the 2019 Disciplinary Action.  The City objects to this interrogatory as vague, confusing, ambiguous, over broad, and unduly burdensome if and to the extent it calls for information relating to any other disciplinary action. The City also objects to this interrogatory as over broad, unduly burdensome and oppressive to the extent that it seeks to require the City to identify all persons in the Philadelphia Police Department who communicated anyone else in the Philadelphia Police regarding the allegations that resulted in Plaintiff Amato's discipline. The City further objects to this interrogatory as over broad, unduly burdensome and oppressive because it is unlimited as to time.

**ANSWER**:  Subject to the foregoing objections, see the individuals identified in response to Interrogatory No. 1.

7

**JA-2757**

**ANSWER**:  Subject to the foregoing objections, the following social media posts violated the social media policy and interfered with policing:

1.  July 30, 2017. PHL_00004889.  Religious Bias.

2.  June 14, 2016. PHL_00004887.  Religious Bias.

3.  June 18, 2013.  PHL_00004892.  Religious Bias.

4.  May 10, 2014.  PHL_00004884.  Religious Bias.

5.  February 8, 2014.  PHL_00004888.  Religious Bias.

6.  December 2, 2015.  PHL_00004879.  Religious Bias.

7.  February 24, 2019.  PHL_00004897.  Promotes Violence. Misuse of Power.

8.  July 9, 2012.  PHL_00004899.   Racial/Ethnic Bias.  Promotes Violence.

9.  December 20, 2017.  PHL_00004895.  Promotes Violence. Misuse of Power.

10. July 12, 2015.  PHL_00004881.   Homophobic/Anti-LGBTQ.

11. June 19, 2016.  PHL_00004883.  Homophobic/Anti-LGBTQ.  Religious Bias.

12. November 13, 2015.  PHL_00004886.  Religious Bias.

13. January 23, 2016.  PHL_00004893.  Racial/Ethnic Bias.

Respectfully submitted,

*/s/ David Smith*
David Smith (Attorney I.D. 21480)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania  19102-2101
(215) 575-7062

Attorney for Defendant,
 *City of Philadelphia*

14

## <u>CERTIFICATE OF SERVICE</u>

I, David Smith, hereby certify that a true and correct copy of Defendant City of Philadelphia's Objections and Responses to Plaintiff Thomas Young's Interrogatories has been electronically transmitted on June 28, 2024, to the following:

> Larry L. Crain, Esq.
> Crain Law Group
> 5214 Maryland Way, Suite 402
> Brentwood, TN  37027
> Phone: (615) 376-2600
> larry@crainlaw.legal
>
> Emily Castro, Esq.
> Crain Law Group
> 5214 Maryland Way, Suite 402
> Brentwood, TN  37027
> Phone: (615) 376-2600
> emily@crainlaw.legal
>
> Jonathan J. Sobel, Esq.
> 1500 Walnut Street
> Suite 2000
> Philadelphia, PA  19102
> Phone: (215) 735-7535
> Mate89@aol.com

*/s/ David Smith*
David Smith

#124298360v1

PHL_00014003



**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

July 10, 2019

Cpl. Thomas Young
Philadelphia Police Department
750 Race Street
Philadelphia, PA 19106

       Re:    Cpl. Thomas Young      Payroll: 205790
             (DAO Police Misconduct Disclosure Notification Letter)

Dear Cpl. Thomas Young:

The DAO has received *Giglio* information regarding you as reflected in the summary below:

Summary: Publicly available information obtained by the Plain View Project shows that Cpl. Young made Facebook posts exhibiting anti-Muslim bias.

Pursuant to the law and the DAO's policy regarding police misconduct disclosures, the misconduct will be disclosed to the defense in all cases where you may be called to testify as a witness and said disclosure may also be made if required in closed cases where you were a critical witness.

Also, if required by law, supporting documentation in our possession regarding the misconduct will be disclosed to the defense.

Please note, if you believe our information is incorrect, feel free to communicate to us in writing through counsel.

Thank you for your attention to this matter.

Respectfully,

*Patricia Cummings*

Patricia Cummings
Assistant District Attorney

Cc: Robin Wimberly, Deputy Commissioner

PHL_00014003

 **City of Philadelphia**
*Police Department*

*Personnel Unit*
**PBI#19-0515**

# *MEMORANDUM*

Date: 7/19/2019

**TO:** Files

**FROM:** Heather McCaffrey, Departmental Human Resources Manager III

**SUBJECT:** <u>PENDING DISCIPLINARY CHARGES</u>

**NAME:** **P/O Thomas Young #8087**

**PR#:** ▬▬▬

**CASE#:** PBI#19-0515

**SEPARATED:** 7/19/2019

**CHARGES:** **CONDUCT UNBECOMING, Section 1-§021-10**

**NEGLECT OF DUTY, SECTION 5-§011-10**

**DATE OF INCIDENT:** 2019

## *IF THIS EMPLOYEE IS EVER RETURNED TO DUTY, THIS WILL BE PROCESSED.*

HM/as

cc: E/F
    PBI



RECEIVED
AUG 2 9 2019
BY: ........................



**PHL_00004916**

**JA-2761**

8

# COMMISSIONER'S DIRECT ACTION

| PBI# | Investigation # |
|---|---|
| 19-0515 | IAD# 19-1077.58 |

| Accused Name | Badge # |
|---|---|
| Corporal Thomas Young | 8087 |
| **PAYROLL#** | **District / Unit** |
| ▮ | PCIC |

| X | Commissioner's Direct Action |
|---|---|
| | Guilty Plea - Hearing Waived |
| | Command Level Discipline |

*Commissioner's Direct Action*

| Article Section/Spec. | Penalty Range | Commanding Officer's Recommendation | Deputy Commissioner's Recommendation |
|---|---|---|---|
| 1-§021-10 | 30 Days Suspension or Dismissal | | Dismissal |
| 5-§011-10 | Reprimand to 5 Days Suspension | | Dismissal |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL** | | Dismissal (2) |

Additional recommendations (transfer, restitution, demotion)

| Department Advocate (Signature/date/overall recommendations) | PERSONNEL (only) |
|---|---|
| Lt Kant ~~~ ⁸⁹¹   7-17-19          CDA | ☐  Suspension notice prepared. |
| Deputy Commissioner (Signature/date/overall recommendations) | |
| DC Coulter   7-17-19          CDA | ☐  Suspension notice sent. |
| Police Commissioner (Signature /date/overall penalty) | Date: |
| Richy Rf  7-18-19  CDA  Dismissal | |

PHL_00004917

| STATEMENT OF CHARGES FILED AND ACTION TAKEN | CITY OF PHILADELPHIA POLICE DEPARTMENT | PBI CASE NO. 19-0515 |
|---|---|---|
| | | DATE 7/10/2019 |

**TO: POLICE COMMISSIONER**

| FILED AGAINST CORP Thomas Young #8087 | PLATOON & GROUP ASSIGNMENT 3A | DISTRICT OR UNIT PCIC |
|---|---|---|
| DATE OF APPOINTMENT 11/20/1989 | PAYROLL NUMBER ▮ | DATES OF VACATION, MIL. LEAVE. ETC. |

### IAD#19-1077.58

CHARGES

**ARTICLE I** : **Conduct Unbecoming**

**SECTION 1-§021-10** : **Any incident, conduct, or course of conduct which indicates that an employee has little or no regard for his/her responsibility as a member of the Police Department.**

**SPECIFICATION** : Internal Affairs initiated an internal investigation, IAD#19-1077.58, after receiving information alleging that employees of the Philadelphia Police Department were posting offensive and inappropriate materials and/or comments to social media, specifically on the Facebook social media site. As part of the investigation, an analysis was conducted of Facebook posts and/or comments collected in the Plainview Project database. The analysis displayed a course of conduct, where no fewer than thirteen (13) times, you posted, shared, and/or commented on video, photographs/pictures, and articles, using racial slurs, profanity, dehumanizing, defamatory, and/or discriminatory language, and/or language that condoned, glorified, or encouraged violence, and/or language that was insensitive and mocked individuals, due process, and the criminal justice system. As a member of the Philadelphia Police Department, you are expected to strive to maintain public trust and confidence, not only in your professional capacity but also in your personal and on-line activities. Your posts and comments in question are devoid of any professional expectations and standards.

**WITNESS** : Sergeant Brian Saba #8791, Internal Affairs Division

*"Transfer may be part of the formal disciplinary process."*

| APPROVED BY C/O CHARGING UNIT Chief Inspector Christopher Werner (Date) 7/10/2019 | PRESENTED BY DISTRICT/UNIT COMMANDER (Signature & Date) |
|---|---|
| I understand that in Pleading Guilty to matters which do not qualify for Command Level Discipline, my Commanding Officer shall make a recommendation concerning a penalty. The Police Commissioner shall not be bound by that recommendation. | RECEIVED BY (Signature of Accused) (Date) |
| ☐ I Plead Guilty and Waive a Hearing *(Signature & Date)* | ☐ I Plead Not Guilty & Request a Hearing *(Signature & Date)* |

75-18 (Rev. 2/2006)

PHL_00004918

| STATEMENT OF CHARGES FILED AND ACTION TAKEN | CITY OF PHILADELPHIA POLICE DEPARTMENT | PBI CASE NO. 19-0515 |
|---|---|---|
| | | DATE 7/10/2019 |

**TO: POLICE COMMISSIONER**

| FILED AGAINST | PLATOON & GROUP ASSIGNMENT | DISTRICT OR UNIT |
|---|---|---|
| CORP Thomas Young #8087 | 3A | PCIC |
| DATE OF APPOINTMENT | PAYROLL NUMBER | DATES OF VACATION, MIL. LEAVE, ETC. |
| 11/20/1989 | [redacted] | |

**IAD#19-1077.58**

CHARGES

**ARTICLE V** : **Neglect of Duty**

**SECTION 5-§011-10** : **Failure to comply with any Police Commissioner's orders, directives, memorandums, or regulations; or any oral or written orders of superiors.**

**SPECIFICATION** : Internal Affairs investigation #19-1077.58 determined that you posted material, statements, or comments to on Facebook that are in direct violation of Directive 6.10, Social Media and Networking. This investigation conducted an analysis of Facebook posts and/or comments collected in the Plainview Project database. Results indicated that you posted, shared, and/or commented on video, photographs/pictures, and articles, using racial slurs, profanity; dehumanizing, defamatory, and/or discriminatory language; and/or language that condoned, glorified, or encouraged violence; and/or language that was insensitive and mocked individuals, due process, and the criminal justice system. In many instances, these posts and comments were directed at the same persons whom you have been sworn to serve. Directive 6.10 specifically states that while engaging in social media, “Employees are prohibited from using ethnic slurs, profanity, personal insults; material that is harassing, defamatory, fraudulent, or discriminatory, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice.” The Directive further states that “each member must strive to maintain public trust and confidence, not only in his or her professional capacity, but also in his or her personal and on-line activities. Moreover, as police personnel are necessarily held to a higher standard than general members of the public, the on-line activities of employees of the police department shall reflect such professional expectations and standards.”

**WITNESS** : Sergeant Brian Saba #8791, Internal Affairs Division

***“Transfer may be part of the formal disciplinary process.”***

| APPROVED BY C/O CHARGING UNIT (Date) | PRESENTED BY DISTRICT/UNIT COMMANDER (Signature & Date) |
|---|---|
| Chief Inspector Christopher Werner 7/10/2019 | |
| I understand that in Pleading Guilty to matters which do not qualify for Command Level Discipline, my Commanding Officer shall make a recommendation concerning a penalty. The Police Commissioner shall not be bound by that recommendation. | RECEIVED BY (Signature of Accused) (Date) |
| ☐ I Plead Guilty and Waive a Hearing *(Signature & Date)* | ☐ I Plead Not Guilty & Request a Hearing *(Signature & Date)* |

75-18 (Rev. 2/2006)

| EMPLOYEE ASSESSMENT | CITY OF PHILADELPHIA POLICE DEPARTMENT | PBI CASE NO. 19-0515 |
| --- | --- | --- |
| | | DATE 7/10/2019 |

**TO: POLICE COMMISSIONER**

| FILED AGAINST CORP Thomas Young #8087 | PLATOON & GROUP ASSIGNMENT 3A | DISTRICT OR UNIT PCIC |
| --- | --- | --- |
| DATE OF APPOINTMENT 11/20/1989 | PAYROLL NUMBER ▮▮▮▮ | DATES OF VACATION, MIL. LEAVE, ETC. |

**SUPERVISOR'S EVALUATION:** *(Signature & Date)*

**EMPLOYEE'S AWARDS & COMMENDATIONS:**

**PBI – DISCIPLINARY RECORD:**

Prior PBI Disciplinary Record:     05/16/04 – PBI#04-0415 – Charge 4.15 – Guilty – Reprimand

Penalty Range:          1-§021-10:  30 days or Dismissal
                5-§011-10:  Reprimand to 5 days

Command Level Discipline **may not** be applied. Vacation time **may not** be used.

**COMMANDING OFFICER'S RECOMMENDATIONS:** *(Guilty pleas only)*

**COMMANDING OFFICER (Signature & Date)**

75-18A

PHL_00004920

### RECEIPT OF CHARGES AND ACKNOWLEDGMENT OF RIGHT TO COUNSEL

I, CORP THOMAS YOUNG, BADGE # 8087, A MEMBER OF THE PHILADELPHIA POLICE DEPARTMENT, HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THE CHARGES AGAINST ME, THE SAME TO BE HEARD BY THE POLICE BOARD OF INQUIRY. I FURTHER ACKNOWLEDGE THAT THE CHARGES HAVE BEEN PERSONALLY DELIVERED TO ME BY          , BADGE #          , ON          .

I FURTHER ACKNOWLEDGE THAT I HAVE BEEN ADVISED BY          OF MY RIGHT TO HAVE COUNSEL OF MY OWN CHOOSING PRESENT AT THE TIME OF THE HEARING AND THAT IN THE EVENT I DO NOT HAVE SUCH COUNSEL PRESENT WITH ME AT THE TIME OF THE HEARING, SUCH FAILURE TO HAVE COUNSEL WILL NOT BE A GROUND FOR CONTINUANCE AND THE FAILURE TO HAVE COUNSEL WILL BE DEEMED A WAIVER OF MY RIGHT TO COUNSEL'S PRESENCE AT THE TIME OF THE POLICE BOARD OF INQUIRY HEARING.

_____
Thomas Young 8087

_____
DATE

75-18B

PHL_00004921

**Concise Officer History**

**Corp Thomas Young [8087/█████]**

Payroll Number: ███   Hire date: Nov 20, 1989   Current assignment since: Feb 09, 2015
Current assignment(s):
      Bureau: Communications Bureau
      Division: SUPPORT SERVICES
      District Unit: 4927 PCIC

**Involved Officer: Internal Investigations**      **IA No:  93-1023**
**Received: Feb 22, 1993**

    Incident disposition/finding: Exonerated
Classification: Custody Injury     Disposition: Exonerated     Assigned: Anthony
Morinelli

      CUSTODY INJURY-SUDDEN DEATH

    Complainant:  Reggie  Stevenson

    Allegations:

      Custody Injury -

**Involved Officer: Complaint Against Police**      **IA No:  94-0334**
**Received: Oct 12, 1994**

                                        **DC no:       94-06-062416**

    Incident disposition/finding: Not Sustained
Classification: Other Misconduct     Disposition: Not Sustained     Assigned: Lieutenant
Edward Nolan

      IMPROPER PROCEDURES VA LACK/SERVICE

    Complainant:  Boulkassoum  Torre

    Allegations:

      Other Misconduct -

**Involved Officer: Complaint Against Police**      **IA No:  95-0304**
**Received: Aug 22, 1995**

                                          **DC no:       95-06-053005**

    Incident disposition/finding: Not Sustained
Classification: Physical Abuse     Disposition: Not Sustained     Assigned: Lieutenant
Francis Nolan

      PA-GRABBED/PUSHED VA

    Complainant:  Byron  Ruff

    Allegations:

      Physical Abuse -

**Involved Officer: Complaint Against Police**      **IA No:  95-0392**
**Received: Oct 06, 1995**

EXHIBIT

**Young-1**

**PHL_00004904**

DC no:        95-26-063446

Incident disposition/finding: Unfounded
Classification: Physical Abuse       Disposition: Unfounded       Assigned: Lieutentant
Frank Mondrosch

    PA-PUSHED/PULLED VA

Complainant:   Eric  Lowe

Allegations:

    Physical Abuse -

**Involved Officer: Complaint Against Police**          IA No:  95-0519
**Received: Dec 15, 1995**

DC no:        95-06-077375

Incident disposition/finding: Several Findings
Classification: Other Misconduct       Disposition: Several Findings       Assigned: Mikal
Abdullah

    ALLEGATION OF FALSE ARREST = EXONERATED / VERBAL ABUSE = UNFOUNDED

Complainant:   David  Kline

Allegations:

    Verbal Abuse -  - Unfounded - Jun 23, 2003
    False Arrest -  - Exonerated - Jun 23, 2003

**Involved Officer: Drug test**          IA No:  1131
**Received: Mar 03, 1996**

DC no:        1131

Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative       Assigned: Un-assigned

    Invest: No

Test date: 03/03/1996  Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:  Type of drug found:

**Involved Officer: Use of force**          IA No:  U96-0061
**Received: May 26, 1996**

Incident disposition/finding: Closed Without Findings
Classification:       Disposition: Closed Without Findings       Assigned: C/O

    - Closed on conversion 6/12/2002

Involved Citizen   Joseph  Adams

Use(s) of force        Effective/Not Effective
OC                     NOT effective

PHL_00004905

Service being conducted:

**Involved Officer: Use of force**                    **IA No:  U97-0198**
**Received: Nov 17, 1997**

Incident disposition/finding: Closed Without Findings
Classification:        Disposition: Closed Without Findings      Assigned: C/O

- Closed on conversion 6/12/2002

Involved Citizen    Sean  Clark

Use(s) of force          Effective/Not Effective
JACK                     NOT effective

Service being conducted:

**Involved Officer: Miscellaneous**                    **IA No:  97-2045**
**Received: Nov 26, 1997**

Incident disposition/finding: Unfounded
Classification: Miscellaneous Investigation      Disposition: Unfounded      Assigned:
Sergt Maria Cianfrani

VA FALSE ARREST THREATS

Complainant:   Benjamin  Emengo

Allegations:

Miscellaneous Investigation -

**Involved Officer: Use of force**                    **IA No:  U98-0063**
**Received: Mar 11, 1998**

                                                     **DC no:       98-06-014981**

Incident disposition/finding: Closed Without Findings
Classification:        Disposition: Closed Without Findings      Assigned: C/O

- Closed on conversion 6/12/2002

Involved Citizen    Charles  Marshall

Use(s) of force          Effective/Not Effective
JACK                     NOT effective

Service being conducted:

**Involved Officer: Complaint Against Police**         **IA No:  98-0139**
**Received: Apr 14, 1998**

                                                     **DC no:       98-06-021301**

Incident disposition/finding: Exonerated
Classification: Lack Of Service      Disposition: Exonerated      Assigned: C/O

LACK/SERVICE-AUTO ACCIDENT

Complainant:   Vanessa  Poitier

**PHL_00004906**

**JA-2769**

Allegations:

Lack of Service -

**Involved Officer: Drug test**         IA No:  11270
**Received: Nov 02, 1999**

        DC no:    11270

Incident disposition/finding: Negative
Classification: Drug test     Disposition: Negative     Assigned: Un-assigned

Invest: No

Test date: 11/02/1999  Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:  Type of drug found:

**Involved Officer: Drug test**         IA No:  36572
**Received: Apr 26, 2001**

        DC no:    36572

Incident disposition/finding: Negative
Classification: Drug test     Disposition: Negative     Assigned: Un-assigned

Invest: NA

Test date: 04/26/2001  Reason test was requested: Promotion
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:  Type of drug found:

**Involved Officer: Drug test**         IA No:  19329
**Received: Aug 06, 2002**

        DC no:    19329

Incident disposition/finding: Negative
Classification: Drug test     Disposition: Negative     Assigned: Un-assigned

Invest: NA

Test date: 08/06/2002  Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:  Type of drug found:

**Involved Officer: Complaint Against Police**     IA No:  04-0308
**Received: Jun 11, 2004**

        DC no:    04-06-035428

Incident disposition/finding: Exonerated
Classification: Lack Of Service     Disposition: Exonerated     Assigned: C/O

On Thursday, 6-10-04, at 11:25 am, a Complaint Against Police was received at
Internal

PHL_00004907

Affairs by Sgt. Angelucci #544 from the Complainant.   I.A.D. #04-308 was issued.

The complainant, David, Lynn, 37, W/M, ███████████████████ alleges
that on Sunday, 5/31/04 around 1:00 pm, he was refused service from Cpl. Young when
he went to file a police report at the 6th District located at 11th & Winter
Streets.

Complainant:   DAVID A LYNN

Allegations:

   Lack of Service -  - Exonerated - Apr 01, 2005

**Involved Officer: Complaint Against Police**          **IA No:  04-0422**
**Received: Jul 30, 2004**

                                                        **DC no:        04-06-046846**

   Incident disposition/finding: Exonerated
Classification: Other Misconduct        Disposition: Exonerated       Assigned: Sergt Chester
Oneill

   The complainant, Aaron Cato, 39, B/M, ████████████████████    ███████
   ████, alleges that while in custody inside the 6th District, he was threatened by
   Cpl. Young and Officer Auman. Mr. Cato's paperwork was complete and Cpl. Young
   commented to Officer Auman, "this guy's been through the system, so take him out
   back and shoot him."  Although Mr. Cato does not specify what Officer Auman said,
   he alleges that the officer also threatened him.

   Complainant:   AARON T CATO

   Allegations:

      Threats -  - Exonerated - Sep 14, 2004

**Involved Officer: Drug test**                          **IA No:  04-6624R**
**Received: Aug 09, 2004**

   Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative       Assigned: Un-assigned

   Test date: 08/09/2004  Reason test was requested: Random
   Drug test disposition: Negative
   The officer/member tested positive for drugs: Negative
   Urine test was conducted: Negative  Type of drug found:
   Hair test was conducted:   Type of drug found:

**Involved Officer: PBI**                                **IA No:**
**Received: Aug 11, 2004**

   Incident disposition/finding: Departmental Violations
Classification: Procedural        Disposition: Departmental Violations       Assigned: Un-
assigned

   P/O's along with Police supervisors and Police Radio failed to handle a PDU cell
   block incident properly.

   **PBI Handling: Yes     PBI Processing Completed: Yes**

**PBI Case Information:**
PBI No: 2004-0415
Job type: Formal Discipline Sworn
Opened date: 08/11/2004
Completed date: 01/26/2005
Status: Completed
Source: Commanders Request

Charges:

Article IV  Neglect of Duty 08/11/2004 [Failure to Supervise] - Guilty-Reprimand Jan 28, 2005

Statute:4.15

Failure to Supervise                                                    Cpl
failed to supervise a situation 5/16/04

Related actions taken:

Jan 28, 2005 Reprimand

**Involved Officer: Complaint Against Police      IA No:  05-0426**
**Received: Aug 08, 2005**

                                                 DC no:      05-06-047802

Incident disposition/finding: Withdrawn
Classification: Lack Of Service        Disposition: Withdrawn      Assigned: C/O

The complainant, Dwayne Alston 41/B/M, ███████████
███████ ████████████████ states that he experienced lack of service
from Corporal Young.

According to the complainant on Sunday 7/10/05, at 2:42 AM, while at 920 Walnut
Street, his car was stolen.  Mr. Alston states that when he called the Captain's
office, he was told that the report that was taken was an error.  The complainant
feels that Corporal Young is lying, because he supplied his driver's license
number, registration, and insurance information, as well as receiving a DC number.

Complainant:   DWAYNE J ALSTON

Allegations:

Lack of Service -  - Withdrawn - Sep 27, 2005

**Involved Officer: Use of force          IA No:  U05-1346**
**Received: Sep 18, 2005 03:49**

                                                 DC no:      05-06-058653

Incident disposition/finding: Approved
Classification:        Disposition: Approved      Assigned: C/O

The defendant was observed on the highway at 600 SpringGarden street very
intoxicated. The male was yelling at others as they passed by. The officers
transported to Hahnemann Hospital for an evaluation of his intoxication level. The
male was so abusive towards the emergency room staff that he was refused treatment.
The male was then taken to the 6th District for his safety. The ORS, (Cpl. Young),
was conducting an evaluation of the prisoner,(who was screaming & yelling at
police), when the defendant spit in the corporal's face. The corporal used his open

left palm to push the male's face away from his direction so that he would not be
able to spit at him again. The male was held against the cellrom wall while he was
searched & uncuffed. He was then  placed into the cell with  & held till sober &
released with a summary citation.


Involved Citizen     John    Fallon


Use(s) of force             Effective/Not Effective
Control Holds               Effective

Service being conducted: Arrest

**Involved Officer: Drug test**                    **IA No:  06-5160D**
**Received: Jan 20, 2006**

   Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative      Assigned: Un-assigned


   Test date: 01/20/2006  Reason test was requested: Random
   Drug test disposition: Negative
   The officer/member tested positive for drugs: Negative
   Urine test was conducted: Negative  Type of drug found:
   Hair test was conducted:   Type of drug found:

**Involved Officer: Off Duty Action**             **IA No:  07-6029**
**Received: Mar 24, 2007 02:09**

                                             **DC no:       07-08-012340**

   Incident disposition/finding: Approved
Classification: Off Duty Police Action       Disposition: Approved      Assigned: C/O

     DEF WAS OBSERVED DRIVING THRU K-MARTS PARKING LOT AT A HIGH RATE OF SPEED, NEARLY
     STRIKING PEDESTRIANS.  ARRESTING OFFICER WAS OFF DUTY WHEN HE HAD TO PICK UP A
     THREE YEAR OLD GIRL AND RUN OUT OF THE PATH OF DEF'S VEHICLE.  DEF CAME TO A SUDDEN
     STOP IN FRONT OF PARKED VAN EXITED HIS VEHICLE HOLDING AND DRINKING FROM AN OPENED
     BOTTLE OF MILLER LITE.  DEF WALKED TOWARDS THE OFF DUTY SCREAMING OBSCENITIES AND
     GESTURING AND POINTING WITH THE BOTTLE OF BEER.  HE STATED "FUCK YOU, IM A COP,
     OPEN YOUR MOUTH AND I'LL LOCK YOU UP."  ( MALE WAS NOT A POLICE OFFICER)  AT THAT
     POINT THE OFF DUTY IDENTIFIED HIMSELF AS A POLICE SUPERVISOR SHOWING IDENTIFICATION
     AND ASKED FOR DEF ID.  MALE RAN TO A TRASH CAN AND THREW THE BEER INTO THE TRASH
     AND ATTEMPTED TO GET BACK INTO HIS VEHICLE.  MALE WAS DETAINED UNTIL THE ARRIVAL OF
     ON DUTY OFFICERS.  MALE WAS THEN PLACED UNDER ARRESTED FOR DUI AND TRANSPORTED TO
     PDU.


   Complainant:   ROBERT   PAGE


   Allegations:

     Off Duty Police Action -  - Approved - Mar 30, 2007

**Involved Officer: Use of force**               **IA No:  U07-0501**
**Received: Apr 20, 2007 03:30**

                                             **DC no:       07-06-022834**

   Incident disposition/finding: Approved
Classification:       Disposition: Approved      Assigned: C/O

     The defendant was arrested at 1300 Walnut Street for Public Urination refer to DC#
     07-06-022825. The male was transported to the 6th District for processing. P/O
     Allen #1445 was assigned as the cell block attendant and had removed the cuffs &

was attempting to conduct a search prior to placing him into the cell along with
the arresting officer, P/O Diaz #9639 when the male became combative. The male was
refusing to comply to be searched. The male turned & assaulted P/O Allen and a
struggle began. The male bit P/O Allen on the right forearm breaking the skin. P/O
Allen struck the male on the back of his head with his left forearm to free his
right forearm from the male's teeth. The officer then forced the male to the ground
with the assistance of P/O Diaz and they struggled to get him cuffed again. P/O
Diaz used her radio to call for more officers to assist them. At that point several
officers from the operations room & others, (see list of officers), who happened to
in the district went to their assistance. When the responding operations room
officers arrived P/O Allen & Diaz were still struggling with the male on the floor
of the cellroom attempting to get him cuffed. Together the officer were able to
bring the male under control, force his hands behind his back & cuffed. P/O Allen
was taken to Hahnemann Hospital for treatment of a human bite wound. P/O Diaz was
assaulted,(DC# 07-06-022835), but was not injured. The defendant suffered swelling
to his face & was transported to St. Joe's Hospital where he was treated by Dr.
Pasquelone and released to police for transportation to CCTV for processing.


Involved Citizen     Ronnie David Anderson


Use(s) of force          Effective/Not Effective
Control Holds            Effective

Service being conducted: Arrest

**Involved Officer: Complaint Against Police**          **IA No:   09-0157**
**Received: Mar 30, 2009**

                                                        **DC no:          09-09-013761**

    Incident disposition/finding: Exonerated
Classification: Physical Abuse        Disposition: Exonerated        Assigned: Lieut James
Clough

        According to the complainant, on 3-25-09 at 2:25 AM, while at Transit Night Club
        located at 600 Spring Garden St., she was assaulted by an unknown female.  The
        complainant states that she was kicked out of the club by the bouncers.  The
        complainant states that she returned so that she could get her shoes and was then
        slammed onto a van by an officer.  At that time, numerous officers arrived and
        began to hit the complainant and slammed her onto the ground, where she hit her
        face on the concrete.  The complainant states she was then thrown into the van and
        transported to the 6th District, searched and placed in a holding cell.  The
        complainant states that while in the cell, she asked Cpl. Young if she could make a
        police report and a phone call, but was denied.  The complainant states that Cpl.
        Young said, "No, you can't.  You're locked up so you can't make a police report.
        You need to shut the hell up because I don't want to hear your mouth."


    Complainant:    SHANIQUE  HAWKINS


    Allegations:

        Lack of Service -  - Exonerated - Nov 02, 2009

**Involved Officer: Drug test**                        **IA No:   10-7138D**
**Received: Nov 09, 2010**

    Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative        Assigned: Un-assigned


    Test date: 11/09/2010   Reason test was requested: Random

PHL_00004911

```
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted: Negative  Type of drug found:
```

**Involved Officer: Integrity test**        **IA No:  11-1770**
**Received: Aug 31, 2011**

```
    Incident disposition/finding: Failed
Classification:        Disposition: Failed      Assigned: Lieut Mark Cacciatore

      RANDOM TEST OF 06TH DISTRICT HQ


    Allegations:

      Procedural Test -  - Failed - Aug 31, 2011
```

**Involved Officer: Drug test**        **IA No:  13-6155D**
**Received: Jun 13, 2013**

```
    Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative      Assigned: Un-assigned


    Test date: 06/13/2013  Reason test was requested: Random
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:   Type of drug found:
```

**Involved Officer: Drug test**        **IA No:  13-7092D**
**Received: Nov 13, 2013**

```
    Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative      Assigned: Un-assigned


    Test date: 11/13/2013  Reason test was requested: Random
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:   Type of drug found:
```

**Involved Officer: Drug test**        **IA No:  15-5514D**
**Received: Mar 12, 2015**

```
    Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative      Assigned: Sergt Emilia Crespo


    Test date: 03/12/2015  Reason test was requested: Random
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:   Type of drug found:
```

**Involved Officer: Drug test**        **IA No:  15-6660D**
**Received: Sep 02, 2015**

```
    Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative      Assigned: Sergt Martin Henry
```

PHL_00004912

```
Test date: 09/02/2015  Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:   Type of drug found:
```

**Involved Officer: Drug test                     IA No:  19-5220D**
**Received: Feb 01, 2019**

```
    Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative     Assigned: Sergt Mark Nagy


    Test date: 02/01/2019  Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:   Type of drug found:
```

**Involved Officer: Internal Investigations       IA No:  19-1077.58**
**Received: Jun 06, 2019**

```
    Incident disposition/finding: Sustained
Classification: Departmental Violations       Disposition: Sustained      Assigned: Sergt
Brian Saba

    INTERNAL INVESTIGATION /

    Confidential Investigation as a result of information reported on
    www.plainviewproject.org and www.injusticewatch.org websites, in reference to
    social media posts made by current and former members of the Philadelphia Police
    Department.



    Allegations:

        Departmental Violation-PPD Directives Violation (See PPDD#) - PPDD 6.10-Social
Media and Networking - Sustained - Jun 18, 2019

    Actions taken:

        : Jun 05, 2019 - Removed From Street

                    YES

        : Jun 05, 2019 - Weapon Confiscated

                    YES

        : Jul 19, 2019 - Resigned/Retired prior to Gniotek
```

**Involved Officer: PBI                           IA No:**
**P2019-0515              Received: Jul 23, 2019**

```
    Incident disposition/finding:
Classification: Procedural       Disposition:        Assigned: Un-
assigned

    REFER TO IAD 19-1077.58
```

PHL_00004913

**PBI Handling: Yes     PBI Processing Completed: Yes**

**PBI Case Information:**
    PBI No: 2019-0515
    Job type: Formal Discipline Sworn
    Opened date: 07/03/2019
    Completed date: 01/19/2023
    Status: Completed
    Source: INT


   Charges:

  New Article I Conduct Unbecoming 07/23/2019 [] –
Arbitration/Reinstatment Jan 19, 2023


      Statute:1-§021-10



   Related actions taken:

        Jul 18, 2019 Placed in Personnel File

            Cpl. Thomas Young #8087.  Separated on 07/19/2019.
            Charges placed in personnel file.  P/C signed on
            07/18/2019.


        Jan 19, 2023 Arbitration Award Reinstatment

            Arbitrator David J. Reilly, Esq. has ruled in a
            split decision that the City of Philadelphia had
            just cause to discipline Philadelphia Police
            Corporal Thomas Young for Violating Directive 6.10
            (Social Media Policy) but the penalty of dismissal
            was excessive. Young's discharge was reduced to a
            (30) day suspension.


  New Article V Neglect of Duty 07/23/2019 [] – Arbitration Award 30
day Jan 19, 2023


      Statute:5-§011-10


    Failure to comply with any Police Commissioner's orders,
directives, memorandums, or regulations; or any oral or written orders
of superiors.

   Related actions taken:

        Jul 18, 2019 Placed in Personnel File

            Cpl. Thomas Young #8087.  Separated on 07/19/2019.
            Charges placed in personnel file.  P/C signed on
            07/18/2019.


        Jan 19, 2023 Arbitration Award – Reinstatment

PHL_00004914

Arbitrator David J. Reilly, Esq. has ruled in a
split decision that the City of Philadelphia had
just cause to discipline Philadelphia Police
Corporal Thomas Young for Violating Directive 6.10
(Social Media Policy) but the penalty of dismissal
was excessive. Young's discharge was reduced to a
(30) day suspension.

Report summary: totals by incident type:

| Incident type | Received |
|---|---|
| Action Taken | 0 |
| Alert Review | 0 |
| Background Investigation | 0 |
| C/O INVESTIGATION | 0 |
| Case Review | 0 |
| Complaint Against Police | 9 |
| Discretionary arrest | 0 |
| Drug test | 12 |
| Drug Unit Internals | 0 |
| Equal Employment Opportunity | 0 |
| ERU-EEO Referrals | 0 |
| FBI Task Force | 0 |
| FRB | 0 |
| Hospital case | 0 |
| IIU Investigations | 0 |
| IMPACT Investigations | 0 |
| IMPACT Support | 0 |
| Integrity Control Unit | 0 |
| Integrity test | 1 |
| Internal Investigations | 2 |
| ISS Investigations | 0 |
| ISS Misc Investigations | 0 |
| ISS Support | 0 |
| K9 Utilization | 0 |
| Miscellaneous | 1 |
| Miscellaneous discharge | 0 |
| Non-Investigatory Incident | 0 |
| Off Duty Action | 1 |
| Off Duty Domestic | 0 |
| PBI | 2 |
| PFA Denied | 0 |
| Police discharge | 0 |
| Protection From Abuse | 0 |
| Reinstatements | 0 |
| Resolutions | 0 |
| Show of force | 0 |
| Stop | 0 |
| Use of force | 5 |
| Use of Force Internal | 0 |
| Web OD | 0 |
| Web UOF | 0 |
| **Total** | **33** |

PHL_00004915

PHL_00009801



**Laszlo Zsazados**

July 9, 2012 · 🌐

My son just called me told me about this border patrol agent in El Paso. The

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Young
Capture timestamp (UTC): Sat, 08 Jun 2019 15:58:59 GMT

Page 15 of 32

PHL_00009801

Case 2:20-cv-03336-WB Document 71-2 Filed 08/13/24 Page 59 of 68

**HOME**     **ABOUT**     **DATABASE**     **DONATE**

That's what I'm talking about.  1

Like · Reply · 4w

 **Laszlo Zsazados**
July 9, 2012 · 🌐

My son just called me told me about this border patrol agent in El Paso. The agent died on duty on his all terrain vehicle in the desert,



OFFICER.COM

Border Patrol Agent Dies Following ATV Crash

Agent Leopoldo Cavazos Jr. died in an ambulance on the way to an El Paso ...

 Share

 1

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Young
Capture timestamp (UTC): Sat, 08 Jun 2019 15:58:59 GMT

JA-2780



**HOME**  **ABOUT**  **DATABASE**  **DONATE**

Border Patrol Agent Dies Following ATV Crash

Agent Leopoldo Cavazos Jr. died in an ambulance on the way to an El Paso

 Share

👍 1

 **Tom Young** I see what they done to our department since we started and could cry. We can't even clear a corner of drug dealers without calling for a supervisor, how are they going to address shootings. All the thug has to do is complain that the cop looked at him sternly or god forbid talked harshly and there's a major investigation.

 1

5y

 **Laszlo Zsazados** That is what I call the tragedy in American policing, it is headed terrible wrong way, because is lead by the wrong people. The damage will be irreparable in the future. It is devastating.

5y

 **Tom Young** You're right the political hacks have taken over and the thugs know it. We are a shadow of our former selves. At one time for better or worse the bad guys were afraid of us. Now they know the pendulum has swung in their direction and because of politics we are rendered completely ineffectual

5y

 **Laszlo Zsazados** Exactly , the arrogance is there, lawless people knowing that there will not be physical punishment, and there has to be!!!!

5y

PHL_00009804



PHL_00009804

PHL_00009787

 **Tom Young** likes a link.

June 18, 2013 · 🌐

Islam on the march

 **Muslim Refugees, Yes – Persecuted Christian**

Christians are in imminent danger across the world, and…

CONSERVATIVEPAPERS.COM

 ↱ Share

 ▮▮▮▮▮▮▮ have you looked lately above the hardware store on willits ?

4y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Young
Capture timestamp (UTC): Sat, 08 Jun 2019 15:58:59 GMT

Page 6 of 32

PHL_00009787

PHL_00009788



PHL_00009788

PHL_00009794



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Young
Capture timestamp (UTC): Sat, 08 Jun 2019 15:58:59 GMT

Page 10 of 32

PHL_00009794

HOME ABOUT **DATABASE** DONATE



Convert or die.

www.startimpeachmentnow.com

"The future must not belong to those who slander the prophet of Islam."
- Barack Hussein Obama

**Nation In Distress**
February 8, 2014 · ⚙

 Like Page

What a Disgrace this Guy is!!! Lets hear your Thoughts...???
LIKE and SHARE ~Ace

Join Us ► Nation In Distress

2 Comments

 Like

 Share



████████████ If they need any more fuel for that fire ...I would be
more than happy to throw a few of them in it    Fuck them   we are

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Young
Capture timestamp (UTC): Sat, 08 Jun 2019 15:58:59 GMT

Page 11 of 32

PHL_00009795

JA-2786

PHL_00009796



PHL_00009796

PHL_00009792



William Sperber

May 10, 2014 · 🌐

Our government really sucks sometimes.obama and his cohorts can't count to 2 without missing 3 numbers

are guaranteed to kill 330,000 Americans in a single hour.

TOPRIGHTNEWS.COM

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Young
Capture timestamp (UTC): Sat, 08 Jun 2019 15:58:59 GMT

Page 9 of 32

PHL_00009792

PHL_00009793



PHL_00009793