IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN FENICO, THOMAS YOUNG, THOMAS GACK, EDWARD MCCAMMITT, TANYA GRANDIZO, ANTHONY ANZIDEO, ANTHONY ACQUAVIVA, KRISTINE AMATO, JOSEPH PRZEPIORKA, WILLIAM BOWDREN, RAPHAEL MCGOUGH, and FRANCIS T. SHERIDAN,<br>   Plaintiffs,<br><br>  v.<br><br>CITY OF PHILADELPHIA,<br>   Defendant. | CIVIL ACTION<br><br><br>NO. 20CV3336 |
| MICHAEL MELVIN, DANIEL FARRELLY, BRION MILLIGAN, MARK PALMA, BRIDGET BANNAN, JESUS CRUZ, STEVEN HARTZELL, and JOSEPH FOX,<br>   Plaintiffs,<br><br>  v.<br><br>CITY OF PHILADELPHIA,<br>   Defendant. | CIVIL ACTION<br><br><br>NO. 21CV3209 |

### ORDER

**AND NOW**, this 28th day of October, 2024, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (20CV3336 at ECF No. 63; 21CV3209 at No. 63) and all responses and replies thereto (20CV3336 at ECF Nos. 79, 80, 81, 82, 93, 94, 95, 96, 97; 21CV3209 at Nos. 79, 87, 92, 93, 94, 95, 96), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** with respect to all Plaintiffs and in accordance with an Opinion to follow.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

**WENDY BEETLESTONE, J.**